# Exhibit A



# Disclosure Statement

It is our pleasure to present the enclosed policy to you
for presentation to your customer.

**INSTRUCTION TO AGENT OR BROKER:**

WE REQUIRE THAT YOU TRANSMIT THE ATTACHED/ENCLOSED DISCLOSURE STATEMENT TO THE CUSTOMER WITH THE POLICY.

Once again, thank you for your interest, and we look forward to meeting your needs and those of your customers.

# Disclosure Statement



**NOTICE OF DISCLOSURE FOR AGENT & BROKER COMPENSATION**

If you want to learn more about the compensation Zurich pays agents and brokers visit:

http://www.zurichnaproducercompensation.com

or call the following toll-free number: (866) 903-1192.

This Notice is provided on behalf of Zurich American Insurance Company

and its underwriting subsidiaries.

U-GU-874-A CW  (06/11)
Page 1 of 1



# Advisory notice to policyholders regarding the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC") regulations

No coverage is provided by this policyholder notice nor can it be construed to replace any provisions of your policy.  You should read your policy and review your declarations page for complete information on the coverages you are provided.

This notice provides information concerning possible impact on your insurance coverage due to directives issued by the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC").

**Please read this Notice carefully.**

OFAC administers and enforces sanctions policy based on Presidential declarations of "national emergency".  OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons."  This list can be located on the United States Treasury's web site – http://www.treasury.gov/about/organizational-structure/offices/Pages/Office-of-Foreign-Assets-Control.aspx.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC restrictions.  When an insurance policy is considered to be such a blocked or frozen contract, no payments or premium refunds may be made without authorization from OFAC.  Other limitations on premiums and payments also apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY.**
**THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE OF PREMIUM
# (RELATING TO DISPOSITION OF TRIA)

**SCHEDULE\***

---

**(1)** Premium attributable to risk of loss from certified acts of terrorism through the end of the policy period based on the extension of the Terrorism Risk Insurance Act of 2002, as amended by the Terrorism Risk Insurance Extension Act of 2005, ("TRIA") for lines subject to TRIA and the Terrorism Risk Insurance Program Reauthorization Act of 2007 (TRIPRA):

**$3,700**

If TRIA terminates, the portion of this premium attributable to the remaining part of the policy period, as modified by any change shown in **(2)** of this Schedule, applies to the risk of loss from terrorism after the termination of TRIA.

**(2)** Premium change upon termination of TRIA or upon applicability of a Conditional Endorsement:

No change unless one of the following is completed -

Return Premium:   **N/A**

Additional Premium:   **N/A**

If we notify you of an additional premium charge, the additional premium will be due as specified in such notice.

---

\*Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Disclosure of Premium**

In accordance with the TRIA, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to the risk of loss from terrorist acts certified under that Act for lines subject to TRIA. That portion of your premium attributable is shown in the Schedule of this endorsement or in the Declarations.

**B. Disclosure of Federal Participation in Payment of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 85% of that portion of the amount of such insured losses that exceeds the applicable insurer retention. The Act currently provides for no insurance industry or United States government participation in terrorism losses that exceed $100 billion in any one calendar year. The federal program established by the Act is scheduled to terminate at the end of December 31, 2014 unless extended by the federal government.

**C. Possibility of Additional or Return Premium**

The premium attributable to the risk of loss from certified acts of terrorism coverage is calculated based on the coverage (if any) in effect at the beginning of your policy for certified acts of terrorism. If your policy contains a Conditional Endorsement, the termination of TRIA or extension of the federal program with certain modifications (as explained in that endorsement) may modify the extent of coverage (if any) your policy provides for terrorism. If TRIA terminates or the Conditional Endorsement becomes applicable to your policy, the return premium (if any) or additional premium (if any) shown in **(2)** of the Schedule will apply. If the level or terms of federal participation change, the premium shown in **(1)** of the Schedule attributable to that part of the policy period extending beyond such a change may not be appropriate and we will notify you of any changes in your premium.



# Massachusetts Company Identification Form

**Insurance is provided by:**

Zurich American Insurance Company

Administrative Offices:

Zurich Towers
1400 American Lane
Schaumburg, Illinois 60196-7348

U-GU-745-A MA  (11/06)

Page 1 of 1

# Important Notice – In Witness Clause



In return for the payment of premium, and subject to the terms of this policy, coverage is provided as stated in this policy.

IN WITNESS WHEREOF, this Company has executed and attested these presents and, where required by law, has caused this policy to be countersigned by its duly Authorized Representative(s).

President

Corporate Secretary

| | |
|---|---|
| **QUESTIONS ABOUT YOUR INSURANCE?**  Your agent or broker is best equipped to provide information about your insurance.  Should you require additional information or assistance in resolving a complaint, call or write to the following (please have your policy or claim number ready): | |
| Zurich in North America | |
| Customer Inquiry Center | |
| 1400 American Lane | |
| Schaumburg, Illinois  60196-1056 | |
| **1-800-382-2150** (Business Hours:  8am - 4pm [CT]) | |
| **Email**: info.source@zurichna.com | |

# Zurich Excess Select Insurance Policy
**Declarations**

ZURICH

Insurance is provided by:     ZURICH AMERICAN INSURANCE COMPANY
1400 American Lane
Schaumburg, Illinois 60196-1056
(The "Underwriter")

**THIS POLICY FOLLOWS TO THE TERMS, CONDITIONS, AND LIMITATIONS OF THE FOLLOWED POLICY. COVERAGE IS LIMITED TO LOSS FROM CLAIMS AGAINST THE POLICYHOLDER DURING THE POLICY PERIOD OR ANY APPLICABLE EXTENDED REPORTING PERIOD, IF EXERCISED, AND REPORTED TO THE UNDERWRITER PURSUANT TO SUBSECTION III.A. THE LIMIT OF LIABILITY SHALL BE REDUCED BY AMOUNTS INCURRED AS DEFENSE COSTS AND/OR CLAIMS EXPENSES, IF APPLICABLE. PLEASE READ THIS POLICY CAREFULLY. DEFINED TERMS APPEAR IN BOLD AND HAVE THE MEANING SET FORTH IN THE DECLARATIONS.**

Policy Number:    IPR 3792308-03

Item 1. **Policyholder** and Mailing Address:    President and Fellows of Harvard College
1033 Massachusetts Avenue, Suite 360
Cambridge, MA 02138-3846

Item 2. Aggregate Limit of Liability:    $15,000,000

Item 3. **Underlying Insurance:**

| A. | Followed Policy | Policy Type | Policy Number | Limit of Liability | Attachment |
|---|---|---|---|---|---|
| | National Union Fire Insurance Company of Pittsburgh, PA | Primary | 01-817-25-28 | $25,000,000 | $2,500,000 |

| B. | Other Underlying Insurance | Policy Number | Limit of Liability | Attachment |
|---|---|---|---|---|
| | N/A | N/A | N/A | N/A |
| | N/A | N/A | N/A | N/A |
| | N/A | N/A | N/A | N/A |

Item 4. **Policy Period**: From: 12:01 A.M. on 11/01/2014 To: 12:01 A.M. on 11/01/2015
Policy incepts and expires at the local time at the address shown in Item 1.

Item 5. Notice to Underwriter:

A. Address for Notice of Claim or Potential Claim
Attn: Zurich North America
Management Solutions Claims
P.O. Box 968041
Schaumburg, Illinois 60196-8041
Fax #: (866) 255-2962
Email: msgclms@zurichna.com

B. Address for All Other Notices:
Attn: Zurich American Insurance Company - Strategic Risk Solutions Group
1 Liberty Plaza, 32nd Floor
New York, NY 10006

Item 6. Premium:    $370,000

Item 7.  Endorsements Effective at Inception:  See Attached Schedule of Forms and Endorsements



# Zurich Excess Select Insurance Policy

The Underwriter issues this policy in reliance upon the statements made in the application, warranty, if permitted, representations or statements made by the **Policyholder** to the Underwriter, in the application to the insurers of the **Underlying Insurance** and any binder of **Underlying Insurance**. All terms in bold below shall have the meaning provided in the Declarations. In consideration of payment of the premium and subject to the Declarations and the definitions, limitations, conditions, provisions and other terms of this policy and any endorsements hereto, the Underwriter and the **Policyholder** agree as follows:

I. INSURING CLAUSE – The Underwriter shall provide the **Policyholder** with insurance coverage during the **Policy Period** excess of the **Underlying Insurance**. The **Policyholder** may have the right to purchase an extended reporting period for purposes of reporting claims during the extended reporting period. Coverage under this policy shall attach only after:

   A. all the Limits of Liability of the **Underlying Insurance** have been exhausted solely as a result of the actual payment of covered loss(es); or

   B. the **Policyholder** and/or any other insurer(s), entity, or individual on behalf of the **Policyholder** has paid up to the full limits of liability for such loss, and satisfied any deductible(s) or retention amount(s) of the **Underlying Insurance** on behalf of the insurer(s) of any **Underlying Insurance**, including coverage provided pursuant to a difference in conditions policy.

   Coverage under this policy shall then apply in conformance with and subject to the warranties, if permitted, limitations, conditions, provisions, and other terms of the **Followed Policy**, together with the warranties, if permitted, and limitations of any other **Underlying Insurance**. In no event shall coverage under this policy be broader than coverage under any **Underlying Insurance**. In the event of reduction or exhaustion of all the Limits of Liability of the **Underlying Insurance** solely as a result of the payment of covered loss(es), this policy shall: (1) in the event of reduction, pay excess of the reduced Limit(s) of Liability of the **Underlying Insurance**, or (2) in the event of exhaustion, continue in force as primary or governing insurance excess of the applicable deductible(s) or retention amount(s) in the **Followed Policy**, which deductible(s) or retention(s) shall be applied to any subsequent covered loss as specified in the **Followed Policy**.

II. LIMIT OF LIABILITY

   The amount set forth in Item 2. of the Declarations shall be the Underwriter's maximum aggregate liability under this policy with respect to all claims. Defense costs and/or claims expenses, if applicable, are part of and not in addition to the Limit of Liability and the payment by the Underwriter of such defense costs and/or claims expenses, if applicable, reduce the Limit of Liability.

   Any coverage under the **Followed Policy** that provides for a maximum Limit of Liability that is less than the Limit of Liability stated in Item 3. of the Declarations for such **Underlying Insurance** ("Sublimit of Liability") shall not be provided by this policy. Provided, however, any actual payment of covered loss(es) made under the **Followed Policy** or other **Underlying Insurance** on account of any claim, for which coverage is subject to a Sublimit of Liability, shall be recognized by the Underwriter as contributing to the reduction or exhaustion of the Limit(s) of Liability designated in Item 2. of the Declarations.

III. CONDITIONS

   A. Reporting and Notice – As a condition precedent to exercising any rights under this policy, the **Policyholder** shall give the Underwriter written notice of any claim or any potential claim under this policy or any **Underlying Insurance** in the same manner required by the terms and conditions of the **Followed Policy**. Notwithstanding the foregoing, notice to the insurer(s) of the **Followed Policy** or other **Underlying Insurance** does not constitute notice to the Underwriter. Written notice of any claim or potential claim shall be provided to the Underwriter at the address set forth in Item 5.A. of the Declarations.

The Underwriter shall be given notice in writing to the address set forth in Item 5.B. of the Declarations as soon as practicable in the event of (1) termination of any **Underlying Insurance**, (2) any additional or return premiums charged or allowed in connection with any **Underlying Insurance**, or (3) any change to any of the **Underlying Insurance**.

B. Alteration – No change in, modification of, or assignment of interest under this policy or **Underlying Insurance** shall be effective except when made by a written agreement or endorsement to this policy by an authorized representative of the Underwriter. To the extent such **Underlying Insurance** is modified or altered, the Underwriter shall not recognize any new or modified coverage to which it has not consented.

C. Maintenance of Underlying Insurance – As a condition precedent to coverage under this policy, the **Policyholder** agrees to maintain the **Underlying Insurance** during the **Policy Period** in full effect with solvent insurers. To the extent such **Underlying Insurance** is not maintained, then the **Policyholder** shall be deemed self-insured for the amount of the Limit(s) of Liability of any such **Underlying Insurance**.



# Form and Endorsement Schedule

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|
| IPR 3792308-03 | 11/01/2014 | 11/01/2015 | 11/01/2014 | ---------- | ---------- |

**Policyholder:** President and Fellows of Harvard College

| Form Name | Form Number | Edition Date | Endorsement No. |
|---|---|---|---|
| Disclosure Statement | U-GU-873-A | 06/2011 | |
| Disclosure Statement | U-GU-874-A | 06/2011 | |
| Advisory notice to policyholders regarding the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC") regulations | U-GU-1041-A CW | 03/2011 | |
| Disclosure of Premium (Relating to Disposition of TRIA) | U-GU-692-C CW | 06/2013 | |
| Massachusetts Company Identification Form | U-GU-745-A | 11/2006 | |
| In-Witness Clause & Corporate Signatures | U-GU-319-F | 01/2009 | |
| Policy Declarations | U-FLXS-D100-A CW | 08/2011 | |
| Zurich Excess Select Insurance Policy | U-FLXS-100-A CW | 08/2011 | |
| Forms and Endorsement Schedule | U-FLXS-101-A CW | 02/2012 | |
| Inter-line Cap on Losses from Certified Acts of Terrorism Endorsement | U-GU-767-A CW | 01/2008 | 1 |
| Non-Follow Form Endorsement | U-FLXS-205-A | 08/2011 | 2 |
| Pending or Prior Exclusion Endorsement | U-FLXS-207-A CW | 08/2011 | 3 |
| | | | |
| | | | |
| | | | |
| | | | |



# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

| Insureds Name | Policy Number | Effective Date | Endorsement Number |
|---|---|---|---|
| President and Fellows of Harvard College | IPR 3792308-03 | 11/01/2014 | 1 |

**THIS ENDORSEMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies your insurance:

Zurich American Insurance Company

**Employment Practices Liability Excess Policy**

A. **Cap on Losses From Certified Terrorism Losses**
"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act ("TRIA").  The Terrorism Risk Insurance Act provides that the Secretary of Treasury shall certify an act of terrorism:

1. to be an act of terrorism;

2. to be a violent act or an act that is dangerous to human life, property or infrastructure;

3. to have resulted in damage within the United States, or outside of the United States in the case of an air carrier (as defined in section 40102 of Title 49, United States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and

4. to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

No act may be certified as an act of terrorism if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or if losses resulting from the act, in the aggregate for insurance subject to TRIA, do not exceed $5,000,000.

If aggregate insured losses attributable to one or more "certified acts of terrorism" exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

B. **Application of Other Exclusions**
The terms and limitations of a terrorism exclusion or any other exclusion, or the inapplicability or omission of a terrorism exclusion or any other exclusion, do not serve to create coverage which would otherwise be excluded, limited or restricted under this policy.

**Endorsement # 2**

# Non-Follow Form Endorsement



| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|
| IPR 3792308-03 | 11/01/2014 | 11/01/2015 | 11/01/2014 | N/A | N/A |

**Policyholder:** President and Fellows of Harvard College

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**Zurich Excess Select Insurance Policy**

It is agreed that:

The following section is added to the policy:

EXCLUSIONS:

This policy does not provide the **Policyholder** with insurance coverage for any claim made against or loss incurred by any insured that is subject to the types of coverage(s) afforded under the **Followed Policy** as set forth in the SCHEDULE below.  Any payment made by the insurer of the **Followed Policy** for loss for such coverage shall reduce or exhaust the limits of liability of the **Followed Policy** for purposes of ascertaining the attachment for coverage under this policy.

| NON-FOLLOWED COVERAGE(S) SCHEDULE |
|---|
| Security, Privacy and Media Content Liability Insurance Coverage afforded under Coverage Part A of the Followed Policy |
| Media Claim (as defined by the Followed Policy) |
| Security/Privacy Claim (as defined by the Followed Policy) |

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

**Endorsement # 3**



# Prior or Pending Exclusion Endorsement

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|
| IPR 3792308-03 | 11/01/2014 | 11/01/2015 | 11/01/2014 | NA | NA |

**Policyholder:**  President and Fellows of Harvard College

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**Zurich Excess Select Insurance Policy**

It is agreed that:

The following section is added to the policy:

EXCLUSIONS:

The Underwriter shall not be liable for loss on account of, based upon, arising out of, or attributable to any written demand, suit or proceeding pending, or order, decree or judgment entered against any insured on or prior to

May 31, 2010 with respect to any Professional Services Claim, Investment Advisory Services Claims, or Fiduciary Liability Claims, or all other Claims as defined in the Followed Policy

July 1, 2006 with respect to any other Claim as defined in the Followed Policy for the Limit of Liability of $5,000,000 in excess of $25,000,000

July 1, 2007 with respect to any other Claim as defined in the Followed Policy for the Limit of Liability of $10,000,000 in excess of $30,000,000;

 or the same or substantially the same wrongful act or interrelated wrongful acts, fact, circumstance or situation underlying or alleged therein.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**