UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>                               Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>                             Defendant. | **Case No:** _____ |

## CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF PRESIDENT AND FELLOWS OF HARVARD COLLEGE

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff President and Fellows of Harvard College states that it is a non-profit corporation with no parent corporation and that no public company owns any interest in it.

Dated:  September 17, 2021

                                             **ANDERSON KILL P.C.**

                                             By: /s/ Marshall Gilinsky
                                                 Marshall Gilinsky, Esq. (BBO # 569181)
                                                 1251 Avenue of the Americas
                                                 New York, New York 10020
                                                 Telephone: (212) 278-1000
                                                                    (617) 221-5445
                                                 E-mail:  mgilinsky@andersonkill.com

                                             *Attorneys for Plaintiff President and Fellows of Harvard College*

docs-100408774.1