UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>                  Plaintiff,<br>    v.<br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>                  Defendant. | Civil Action No. 21-CV-11530-ADB |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ZURICH AMERICAN INSURANCE COMPANY**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel of record for Defendant Zurich American Insurance Company (a non-governmental corporate party), certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to the Court to evaluate possible disqualification or recusal:

Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation. Zurich Holding Company of America, Inc. is 99.180% owned directly by Zurich Insurance Company Ltd, a Swiss corporation, with the remaining shares indirectly owned by Zurich Insurance Company Ltd. Zurich Insurance Company Ltd is directly owned by Zurich Insurance Group Ltd, a Swiss corporation. Zurich Insurance Group Ltd is the only publicly traded parent company, with a listing on the Swiss stock exchange, and a further trading of American Depositary Receipts.

**DONOVAN HATEM LLP**

By: /s/ Paul Muniz
Paul Muniz (BBO# 564786)
53 State Street, 8th Floor
Boston, MA 02109
pmuniz@donovanhatem.com
Tel: 617-406-4610
Fax: 617-406-4501


Of Counsel:

**ROPERS MAJESKI, PC**
Andrew L. Margulis (Pro Hac Vice forthcoming)
andrew.margulis@ropers.com
Andres Avila (Pro Hac Vice forthcoming)
andres.avila@ropers.com
750 Third Avenue, 25th Floor
New York, NY  10017
Telephone:    212.668.5927
Facsimile:     212.668.5929

*Attorneys for Defendant Zurich American Insurance Company*


**Certificate of Service**

I hereby certify that the foregoing document will be filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and courtesy electronic copies will be sent to counsel for parties who have not yet appeared in this action.

DONOVAN HATEM LLP
By:  /s/ Paul Muniz
Paul Muniz (BBO# 564786)
53 State Street, 8th Floor
Boston, MA 02109
pmuniz@donovanhatem.com
Tel: 617-406-4610
Fax: 617-406-4501

4860-5692-9549.1