# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>                            Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>                            Defendant. | Case No: 1:21-cv-11530-ADB |

**CERTIFICATION OF ETHAN W. MIDDLEBROOKS
IN SUPPORT OF *PRO HAC VICE* APPLICATION**

I, Ethan W. Middlebrooks, of my own personal knowledge, state as follows:

1. I am an attorney at the law firm of Anderson Kill P.C., 1251 Avenue of the Americas, New York, New York 10020, (212) 278-1000.

2. I make this Certification in Support for the Motion for Leave To Admit Ethan W. Middlebrooks *Pro Hac Vice* as counsel for President and Fellows of Harvard College ("Harvard").

3. I am admitted to practice before the following jurisdictions: the State of New York; the United States District Court for the Southern District of New York; the United States District Court for the Eastern District of New York; and the United States Court of Appeals for the Second Circuit.

4. I am a member of the bar in good standing in each of the jurisdictions listed above.

5. I am not currently suspended or disbarred in any court, nor have I ever been, and there are no disciplinary proceedings pending against me.

docs-100428367.1

6. I have not had a prior *pro hac vice* admission in this Court revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

8. Marshall N. Gilinsky of Anderson Kill P.C. 1251 Avenue of the Americas, New York, NY 10020, is an active member of the State Bar of Massachusetts and a member of the bar of the United States District Court for the District of Massachusetts, and is associated as attorney of record for Harvard.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: February 8, 2022

                */s/ Ethan W. Middlebrooks*
                Ethan W. Middlebrooks

docs-100428367.1