UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>　　　　　Defendant. | Civil Action No. 21-CV-11530-ADB |

**Affidavit of Andres Avila in Support of the Motion to Admit Andres Avila *Pro Hac Vice* Under Local Rule 83.5.3**

I, Andres Avila, hereby state as follows:

1. I am an attorney practicing with the law firm of Ropers, Majeski, PC, 750 3rd Ave., Fl. 25, New York, NY 10017-2703.

2. This affidavit is submitted in support of Attorney Paul T. Muniz's Motion to Admit Andres Avila *Pro Hac Vice* under Local Rule 83.5.3.

3. I am admitted to practice in the States of New York, Connecticut, Massachusetts and Vermont, and the following Federal Courts:
   United States District Court, District of Connecticut
   United States District Court, Southern District of New York
   United States District Court, Eastern District of New York

4. I am a member of the bar in good standing of every jurisdiction where I have been admitted to practice.

5. There are no disciplinary proceedings against me as a member of the bar of any jurisdiction.

6. I have not had any previous *pro hac vice* admission to this Court revoked for misconduct.

2

7.	I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalty of perjury this 18th day of February, 2022.

                                                /s/ *Andres Avila*
                                                Andres Avila
                                                Ropers, Majeski, PC
                                                750 Third Avenue, Floor 25
                                                New York, New York 10017
                                                Telephone: (646) 454-3287
                                                Andres.Avila@ropers.com

## Certificate of Service

      I hereby certify that the foregoing document will be filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 24, 2022, and courtesy electronic copies will be sent to counsel for parties who have not yet appeared in this action.

                                              /s/ Paul T. Muniz
                                              Paul T. Muniz