UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>          Plaintiff,<br><br>     v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>          Defendant. | Civil Action No. 21-CV-11530-ADB |

**<u>Assented to Motion to Admit Andrew L. Margulis *Pro Hac Vice* Under Local Rule 83.5.3</u>**

Now comes Paul T. Muniz, counsel of record for Defendant ZURICH AMERICAN INSURANCE COMPANY ("Zurich") and a member in good standing of the Bar of the United States District Court for the District of Massachusetts and Massachusetts Supreme Judicial Court, who respectfully requests this Court admit Andrew L. Margulis *Pro Hac Vice* in this matter pursuant to Local Rule 83.5.3.  In support of this Assented to Motion, Attorney Muniz states as follows:

1. Andrew L. Margulis is an attorney practicing with the law firm of Ropers, Majeski, PC, 750 Third Avenue, Floor 25, New York, NY 10017.

2. Andrew L. Margulis is admitted to practice in the Supreme Court of New York, all State Courts in the State of New York, the States of Connecticut and Washington and the District of Columbia, and in the following Federal Courts:

> United States District Court, Southern District of New York
> United States District Court, Eastern District of New York
> United States District Court, Northern District of New York
> United States District Court, Western District of New York
> United States District Court, Northern District of Illinois (Trial Bar)
> United States District Court, Western District of Texas
> United States District Court, Eastern District of Texas
> United States District Court, Eastern District of Arkansas
> United States District Court, Western District of Arkansas

>United States District Court, Northern District of Indiana
>United States District Court, District of District of Columbia
>United States Court of Appeals, First Circuit
>United States Court of Appeals, Second Circuit
>United States Court of Appeals, Third Circuit
>United States Court of Appeals, Fifth Circuit
>United States Court of Appeals, Sixth Circuit
>United States Court of Appeals, Seventh Circuit
>United States Court of Appeals, Eighth Circuit
>United States Court of Appeals, Ninth Circuit
>United States Court of Appeals, Eleventh Circuit
>United States Court of Appeals, District of Columbia Circuit

3. Andrew L. Margulis is a member of the bar in good standing of every jurisdiction where he has been admitted to practice.

4. There are no disciplinary proceedings against Andrew L. Margulis as a member of the bar of any jurisdiction.

5. Andrew L. Margulis has not had any previous *pro hac vice* admission to this Court revoked for misconduct.

6. Andrew L. Margulis has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

7. Counsel for Zurich has conferred with counsel for plaintiff and plaintiff has consented to this motion being filed as an assented to motion.

In further support of this Motion, Attorney Muniz submits the accompanying Affidavit of Andrew L. Margulis.

WHEREFORE, Defendant Zurich respectfully requests that this Court allow this Motion in its entirety.

Dated:  February 24, 2022                                Respectfully submitted,

ZURICH AMERICAN INSURANCE COMPANY,
Defendant
By Their Attorneys

/s/Paul T. Muniz
Paul T. Muniz (Mass. Bar No. 564786)
Donovan Hatem LLP
53 State Street | 8th Floor
Boston, MA 02109
Telephone: (617) 406-4586
Facsimile: (617) 406-4501
Email: pmuniz@donovanhatem.com

**Certificate of Service**

      I hereby certify that the foregoing document will be filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 24, 2022, and courtesy electronic copies will be sent to counsel for parties who have not yet appeared in this action.

                                              /s/Paul T. Muniz
                                              Paul T. Muniz