UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE,

        Plaintiff,

v.

ZURICH AMERICAN INSURANCE
COMPANY,

        Defendant.

Civil Action No. 21-CV-11530-ADB

**Affidavit of Andrew Margulis in Support of the Motion to Admit Andrew Margulis**
***Pro Hac Vice* Under Local Rule 83.5.3**

I, Andrew Margulis, hereby state as follows:

1. I am an attorney practicing with the law firm of Ropers, Majeski, PC, 750 3rd Ave., Fl. 25, New York, NY 10017-2703.

2. This affidavit is submitted in support of Attorney Paul T. Muniz's Motion to Admit Andrew Margulis *Pro Hac Vice* under Local Rule 83.5.3.

3. I am admitted to practice in the States of New York, Connecticut, Washington, the District of Columbia, and the following Federal Courts:

    United States District Court, Southern District of New York
    United States District Court, Eastern District of New York
    United States District Court, Northern District of New York
    United States District Court, Western District of New York
    United States District Court, Northern District of Illinois (Trial Bar)
    United States District Court, Western District of Texas
    United States District Court, Eastern District of Texas
    United States District Court, Eastern District of Arkansas
    United States District Court, Western District of Arkansas
    United States District Court, Northern District of Indiana
    United States District Court, District of District of Columbia
    United States Court of Appeals, First Circuit
    United States Court of Appeals, Second Circuit
    United States Court of Appeals, Third Circuit
    United States Court of Appeals, Fifth Circuit
    United States Court of Appeals, Sixth Circuit
    United States Court of Appeals, Seventh Circuit

United States Court of Appeals, Eighth Circuit
United States Court of Appeals, Ninth Circuit
United States Court of Appeals, Eleventh Circuit
United States Court of Appeals, District of Columbia Circuit

4. I am a member of the bar in good standing of every jurisdiction where I have been admitted to practice.

5. There are no disciplinary proceedings against me as a member of the bar of any jurisdiction.

6. I have not had any previous *pro hac vice* admission to this Court revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalty of perjury this 18th day of February, 2022.

/s/ *Andrew L. Margulis*
Andrew L. Margulis
Ropers, Majeski, PC
750 Third Avenue, Floor 25
New York, New York 10017
Telephone: (646) 454-3242
Andrew.Margulis@ropers.com

## Certificate of Service

      I hereby certify that the foregoing document will be filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 24, 2022, and courtesy electronic copies will be sent to counsel for parties who have not yet appeared in this action.

      /s/Paul T. Muniz  
      Paul T. Muniz