UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>　　　　　Defendant. | Civil Action No. 1:21-CV-11530-ADB |

## Notice of Appearance

Please enter the appearance of Paul T. Muniz of the law firm Donovan Hatem LLP, 53 State Street, Boston, MA 02109, as counsel for Defendant, Zurich American Insurance Company.

Dated:  February 24, 2022

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　ZURICH AMERICAN INSURANCE COMPANY,
　　　　　　　　　　　　　　　　Defendant
　　　　　　　　　　　　　　　　By Their Attorneys

　　　　　　　　　　　　　　　　/s/Paul T. Muniz
　　　　　　　　　　　　　　　　Paul T. Muniz (Mass. Bar No. 564786)
　　　　　　　　　　　　　　　　Donovan Hatem LLP
　　　　　　　　　　　　　　　　53 State Street | 8th Floor
　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　Telephone: (617) 406-4586
　　　　　　　　　　　　　　　　Facsimile: (617) 406-4501
　　　　　　　　　　　　　　　　Email: pmuniz@donovanhatem.com

## Certificate of Service

      I hereby certify that the foregoing document will be filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 24, 2022, and courtesy electronic copies will be sent to counsel for parties who have not yet appeared in this action.

                                       /s/Paul T. Muniz  
                                       Paul T. Muniz

4891-2237-8769, v. 1