UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Plaintiff,<br><br> v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>    Defendant. | Civil Action No. 21-CV-11530-ADB |

## NOTICE OF APPEARANCE

Please enter the appearance of Andres Avila of the law firm Ropers, Majeski, PC, 750 Third Avenue, Floor 25, New York, New York 10017, as counsel for Defendant Zurich American Insurance Company.

Dated: February 25, 2022    **ROPERS, MAJESKI, PC**

              /s/ *Andres Avila*
              Andrew L. Margulis
              Andres Avila
              Ropers, Majeski, PC
              750 Third Avenue, Floor 25
              New York, New York 10017
              Telephone: (646) 454-3287
              E-mail: Andres.Avila@ropers.com

              *Attorneys for Defendant Zurich American Insurance Company*

## **CERTIFICATE OF SERVICE**

I certify that a copy of this document was filed through the electronic filing system and served electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Andres Avila*
Andres Avila
