UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>         Plaintiff,<br><br>  v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>         Defendant. | Case No: 1:21-cv-11530-ADB |

## MOTION FOR LEAVE TO ADMIT JADE W. SOBH *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, Marshall N. Gilinsky, a member of the bar of the Commonwealth of Massachusetts and of the United States District Court for the District of Massachusetts, respectfully moves for the admission *pro hac vice* of Jade W. Sobh, of the law firm of Anderson Kill P.C., 1251 Avenue of the Americas, New York, New York 10020, to appear and practice in this Court for this action as counsel for Plaintiff President and Fellows of Harvard College.

As detailed in the accompanying Certification of Mr. Sobh (attached hereto as Exhibit A), Mr. Sobh is a member of the bar in good standing in every jurisdiction in which he is admitted to practice. There are no disciplinary proceedings pending against Mr. Sobh as a member of the bar in any jurisdiction, and Mr. Sobh has not had a prior *pro hac vice* admission in this Court revoked for misconduct. Mr. Sobh has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, Marshall N. Gilinsky hereby respectfully requests that the Court grant this Motion for Leave to Admit Jade W. Sobh *pro hac vice*.

Dated:  March 7, 2022 **ANDERSON KILL P.C.**

By: /s/ Marshall Gilinsky
    Marshall Gilinsky, Esq. (BBO # 569181)
    1251 Avenue of the Americas
    New York, New York 10020
    Telephone: (212) 278-1000
               (617) 221-5445
    E-mail:  mgilinsky@andersonkill.com

*Attorneys for Plaintiff President and Fellows of Harvard College*