UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendant. | Civil Action No.: 1:21-cv-11530-ADB |

**[PROPOSED] JOINT SCHEDULE**

Pursuant to Local Rule 16.1 and the Court's February 18, 2022 Order (Dkt. 11), counsel for Plaintiff Presidents and Fellows of Harvard College ("Harvard") and Defendant Zurich American Insurance Company ("Zurich") have conferred and now submit this proposed Joint Schedule. The parties consent to the entry of this proposed schedule.

**I. Pretrial Schedule**

1. INITIAL DISCLOSURES required by Fed. R. Civ. P. 26(a)(1) to be served by March 11, 2022.

2. All MOTIONS TO AMEND the pleadings shall be filed by May 31, 2022, after which further amendments will not be permitted without leave of Court.

3. FACT DISCOVERY, including service of and responses to written discovery and all depositions of fact witnesses to be completed by October 28, 2022.

4. EXPERT DISCOVERY

    a. Parties to identify their experts by November 15, 2022.

    b. Parties to submit their initial expert reports by December 1, 2022.

1

      c.      Parties to submit their rebuttal expert reports by <u>January 2, 2023</u>.

      d.      Parties to complete expert discovery by <u>January 20, 2023</u>.

5.    DISPOSITIVE MOTIONS

      a.      Dispositive motions to be filed by <u>February 20, 2023</u>.

      b.      Oppositions to dispositive motions to be filed by <u>March 20, 2023</u>.

      c.      Replies to dispositive motions to be filed by <u>March 31, 2023</u>.

6.    CASE MANAGEMENT AND PRETRIAL CONFERENCES on dates to be determined by the Court.

7.    TRIAL to commence <u>May 29, 2023</u>.

## II. Certifications

The parties' separately will file their respective certifications of compliance with Local Rule 16.1(d)(3).

| | |
|---|---|
| Counsel for President and Fellows of Harvard College | Counsel for Zurich American Insurance Company |
|   /s/ *Marshall N. Gilinsky*          |   /s/ *Paul Muniz*              |
| **ANDERSON KILL P.C.** | **DONOVAN HATEM LLP** |
| Marshall N. Gilinsky, BBO #569181 | Paul Muniz, BBO #564786 |
| Ethan W. Middlebrooks, Pro Hac Vice | 53 State Street, 8th Floor |
| 1251 Avenue of the Americas | Boston, MA 02109 |
| New York, NY 10020 | Tel: (617) 406-4610 |
| Tel: (212) 278-1000 | Fax: (617) 406-4501 |
| Fax: (212) 278-1733 | pmuniz@donovanhatem.com |
| mgilinsky@andersonkill.com | |
| emiddlebrooks@andersonkill.com | **ROPERS MAJESKI, PC** |
| | /s/ *Andrew L. Margulis* |
| | Andrew L. Margulis, Pro Hac Vice |
| | Andres Avila, Pro Hac Vice |
| | 750 Third Avenue, 25th Floor |
| | New York, NY 10017 |
| | Tel: (212) 688-5927 |
| | Fax: (212) 668-5929 |
| | andrew.margulis@ropers.com |
| | andres.avila@ropers.com |

Dated: March 4, 2022

**CERTIFICATE OF SERVICE**

    I, Marshall N. Gilinsky, hereby certify that on March 4, 2022, I electronically filed the above-referenced document with the Clerk of the United States District Court for the District of Massachusetts by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


      /s/ *Marshall N. Gilinsky* _____
   Marshall N. Gilinsky, BBO #569181