UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>  Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>  Defendant. | Civil Action No.: 1:21-cv-11530-ADB |

**PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

On behalf of Plaintiff Presidents and Fellows of Harvard College, the undersigned affirm that counsel has conferred with Harvard with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Dated: March 4, 2022

  /s/ *Marshall N. Gilinsky*  
**ANDERSON KILL P.C.**  
Marshall N. Gilinsky, BBO #569181  
1251 Avenue of the Americas  
New York, NY 10020  
Tel: (212) 278-1000  
Fax: (212) 278-1733  
mgilinsky@andersonkill.com  

*Attorneys for Plaintiff President and Fellows of Harvard College*

  /s/ *Bradley E. Abruzzi*  
Harvard University  
Office of the General Counsel  
Bradley E. Abruzzi  
Smith Campus Center, Suite 980  
1350 Massachusetts Avenue  
Cambridge, MA 02138

## **CERTIFICATE OF SERVICE**

I, Marshall N. Gilinsky, hereby certify that on March 4, 2022, I electronically filed the above-referenced document with the Clerk of the United States District Court for the District of Massachusetts by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


    /s/ *Marshall N. Gilinsky*
  Marshall N. Gilinsky, BBO #569181