UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>        Plaintiff,<br><br>  v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>        Defendant. | Case No: 1:21-cv-11530-ADB |

## NOTICE OF APPEARANCE

Please enter the appearance of Jade W. Sobh of the law firm Anderson Kill P.C., 1251 Avenue of the Americas, New York, NY 10020, as counsel for Plaintiff President and Fellows of Harvard College.

Dated:  March 10, 2022

            **ANDERSON KILL P.C.**

            By: /s/ Jade W. Sobh
              Marshall Gilinsky, Esq. (BBO # 569181)
              Ethan W. Middlebrooks, Esq.
              Jade W. Sobh, Esq.
              1251 Avenue of the Americas
              New York, New York 10020
              Telephone: (212) 278-1000
                   (617) 221-5445
              E-mail:  mgilinsky@andersonkill.com
              E-mail:  emiddlebrooks@andersonkill.com
              E-mail:  jsobh@andersonkill.com

              *Attorneys for Plaintiff President and Fellows of Harvard College*

## CERTIFICATE OF SERVICE

I certify that a copy of this document was filed through the electronic filing system and served electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Jade W. Sobh*
Jade W. Sobh