UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>        Plaintiff,<br><br>    v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>        Defendant. | Civil Action No. 21-CV-11530-ADB |

**ASSENTED TO MOTION FOR ENTRY OF PROTECTIVE ORDER**

Defendant Zurich American Insurance Company ("Zurich") and Plaintiff President and Fellows of Harvard College ("Harvard"; collectively, the "Parties"), through their respective attorneys of record, respectfully move pursuant to Federal Rule of Civil Procedure 26(c) that the Court enter the Protective Order agreed to by the Parties and attached to this motion.  The proposed Protective Order governs the production and use of confidential information that will be produced and used in this litigation.

Dated: July 12, 2022

|  |  |
|---|---|
| | Respectfully submitted, |
| Plaintiff, | Defendant, |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE, By its Attorneys, | ZURICH AMERICAN INSURANCE COMPANY By its Attorneys, |
| */s/ Marshall Gilinsky* | */s/ Andrew L. Margulis* |

| | |
|---|---|
| **ANDERSON KILL P.C.** Marshall Gilinsky, Esq. (BBO # 569181) 1251 Avenue of the Americas New York, New York 10020 Tel: (212) 278-1000 (617)221-5445 E-mail; mgilinsky@andersonkill.com | **ROPERS MAJESKI, PC** Andrew L. Margulis (Pro Hac Vice) andrew.margulis@ropers.com Andres Avila (Pro Hac Vice) andres.avila@ropers.com 750 Third Avenue, 25th Floor New York, NY 10017 Tel: 212.668.5927 Fax: 212.668.5929 **DONOVAN HATEM LLP** Paul Muniz (BBO# 564786) 53 State Street, 8th Floor Boston, MA 02109 Tel: 617-406-4610 Fax: 617-406-4501 pmuniz@donovanhatem.com |