UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Plaintiff,<br><br>  v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>    Defendant. | Civil Action No. 1:21-cv-11530-ADB |

## DECLARATION OF ANDREW L. MARGULIS IN SUPPORT OF DEFENDANT'S MOTION FOR PROTECTIVE ORDER

I, Andrew L. Margulis, hereby declare as follows:

1. I am an attorney in good standing, licensed to practice in the States of New York, Connecticut, Washington and the District of Columbia, and admitted by this Court *pro hac vice* in this matter. I am a partner with the firm of Ropers Majeski PC, counsel of record for defendant Zurich American Insurance Company ("Zurich").

2. I submit this Declaration in support of Zurich's Motion for a Protective Order Striking Plaintiff's July 19, 2022 Fed.R.Civ.P. 30(b)(6) Notice of Deposition to Zurich (the "Deposition Notice").

3. Attached hereto as Exhibit A is a true and accurate copy of a letter dated May 23, 2017 with attachment, produced in this action and bearing Bates stamps Z 002052-2061.

4. Attached hereto as Exhibit B is a true and accurate copy of Plaintiff's Responses to Zurich's First Set of Interrogatories served in this action dated July 15, 2022.

5. Attached hereto as Exhibit C is a true and accurate copy of a letter dated October 25, 2017, produced in this action and bearing Bates stamps Z 001714-1716.

6. Attached hereto as Exhibit D is a true and accurate copy of Plaintiff's First Request for Production of Documents to Zurich dated April 8, 2022.

7. Attached hereto as Exhibit E is a true and accurate copy of Plaintiff's First Set of Interrogatories to Zurich dated April 8, 2022.

8. Attached hereto as Exhibit F is a true and accurate copy of Zurich's Responses to Plaintiff's First Request for Production of Documents.

9. Attached hereto as Exhibit G is a true and accurate copy of Zurich's Responses to Plaintiff's First Set of Interrogatories.

10. Attached hereto as Exhibit H is a true and accurate copy of a letter dated June 3, 2022 from Marshall Gilinsky to Andrew Margulis.

11. Attached hereto as Exhibit I is a true and accurate copy of a letter dated June 29, 2022 from Ethan Middlebrooks to Andrew Margulis.

12. Attached hereto as Exhibit J is a true and accurate copy of a letter dated July 7, 2022 from Andrew Margulis to Ethan Middlebrooks.

13. Attached hereto as Exhibit K is a true and accurate copy of a letter dated July 11, 2022 from Ethan Middlebrooks to Andrew Margulis.

14. Attached hereto as Exhibit L is a true and accurate copy of a letter dated July 15, 2022 from Andrew Margulis to Ethan Middlebrooks.

15. Attached hereto as Exhibit M is a true and accurate copy of the Deposition Notice.

16. Attached hereto as Exhibit N is a true and accurate copy of a letter dated August 4, 2022 from Andrew Margulis to Marshall Gilinsky.

17. I received no response to the August 4, 2022 letter attached as Ex. N by the date of this declaration, August 12 2022.

I declare the foregoing is true under penalty of perjury.

Executed this 12th day of August, 2022.

                                                /s/ *Andrew L. Margulis*
                                                Andrew L. Margulis

## **CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing were served on all counsel of record by filing the document with the court's ECF system on August 12, 2022, by operation of which counsel were served electronically.

/s/ *Andrew L. Margulis*
Andrew L. Margulis