# EXHIBIT C



October 25, 2017

**VIA ELECTRONIC MAIL ONLY**

Mr. Mark Frazier
Harvard University
1033 Massachusetts Avenue
Suite 360
Cambridge, MA 02138
mark_frazier@harvard.edu

Zurich
Specialty Claims

Henry Chun
Senior Claims Counsel

P.O. Box 968041
Schaumburg, IL 60196-8041

Telephone (808) 626-6700
Fax (866) 255-2962
E-mail: henry.chun@zurichna.com

Re:  Insured:    President and Fellows of Harvard College
     Insurer:    Zurich American Insurance Company
     Policy No.: IPR 3792308 03
     Matter:     Students for Fair Admissions, Inc.
     Claim No.:  9410562971

Dear Mr. Frazier:

On behalf of Zurich American Insurance Company ("Zurich"), this letter follows up on our prior correspondence to you regarding the referenced matter, including our letter of August 30, 2017.

We are directing this letter to you as the authorized representative of President and Fellows of Harvard College ("Harvard" or the "**Policyholder**") for insurance matters. If you are not acting on behalf of Harvard in that capacity, please forward a copy of this letter to Harvard's authorized insurance representatives for their information, and forward us the correct contact information.

At this time, we must advise you that it appears there is no coverage for this matter under the Zurich Excess Policy for the reasons that follow.

As you may recall, in our letter of August 30 we noted that the lawsuit in this matter was filed in November 2014 but Zurich did not receive notice of it until May 2017. We therefore invited you to tell us whether notice was submitted earlier and, if so, to provide us those notice materials. To date, we have not received a response.

Z 001714

Mr. Mark Frazier
October 25, 2017
Page 2

The Zurich Excess Policy provides in subsection III that as a condition precedent to exercising any rights under the Excess Policy, the **Policyholder** shall give Zurich written notice of any claim or any potential claim under the Excess Policy or any **Underlying Insurance** in the same manner required by the terms and conditions of the **Followed Policy**. Furthermore, notice to the insurer(s) of the **Followed Policy** or other **Underlying Insurance** does not constitute notice to Zurich.

The **Followed Policy** is National Union policy number 01-817-25-28. In pertinent part, the **Followed Policy** requires that all **Claims** must be reported no later than 90 days after the end of the **Policy Period**. The **Policy Period** for both the **Followed Policy** and the Zurich Excess Policy expired on November 1, 2015.

Since Zurich did not receive notice of this matter until May 2017, it appears Harvard failed to provide timely notice of this matter to Zurich in the manner required under the terms and conditions of the **Followed Policy**. For this reason, we must at this time deny coverage for this matter.

Zurich fully reserves all of its rights and defenses under the Zurich Excess Policy, the **Underlying Insurance**, and available at law or in equity with respect to this matter, and recognizes that the **Insureds** similarly reserve their rights.

If there is any additional information of which you believe Zurich should be aware, please do not hesitate to call me. Thank you.


Very truly yours,

ZURICH AMERICAN INSURANCE COMPANY

By: *[signature]*

Henry Chun
Senior Claims Counsel
Management Solutions Group
Zurich – Specialties Claims

2017-10-25.Harvard.SFA.Frazier

Mr. Mark Frazier
October 25, 2017
Page 3

cc:   (via electronic mail only)

   Mr. Douglas Willis
   Senior Claim Advisor
   Marsh USA Inc.
   20 Church Street
   Hartford, CT  06103
   douglas.j.willis@marsh.com
   Marsh File No.: 14BOST146697

2017-10-25.Harvard.SFA.Frazier

Z 001716