UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE,

               Plaintiff,

    v.

ZURICH AMERICAN INSURANCE
COMPANY,

               Defendant.

Civil Action No. 21-CV-11530-ADB

## DEFENDANT ZURICH AMERICAN INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

Defendant Zurich American Insurance Company ("Zurich") hereby brings this Motion

for Summary Judgment seeking dismissal of the complaint herein and a declaration that it has no

obligation to provide insurance coverage to Plaintiff President And Fellows Of Harvard College

("Harvard") in connection with an underlying lawsuit under an excess insurance policy issued by

Zurich. The undisputed record of evidence in this matter establishes that the insurance policy

issued by Zurich to Harvard was a claims-made-and-reported policy covering claims first made

during the policy period of November 1, 2014 to November 1, 2015 but only if Harvard satisfied

the condition precedent to coverage by reporting the claim to Zurich no later than ninety (90)

days after the end of the policy period. The undisputed evidence also establishes that the

underlying claim for which Harvard seeks coverage was filed on November 17, 2014, during the

policy period, but that Harvard did not report that claim to Zurich until May 23, 2017, more than

eighteen (18) months after the end of the policy period. Harvard's failure to comply with the

strict reporting requirements of the Zurich policy relieves Zurich of any obligation to provide coverage for the underlying claim as a matter of law.

Zurich's Motion is supported by its Memorandum of Law; L.R. 56.1 Separate Statement of Undisputed Material Facts; Declaration of Andrew Margulis and attached exhibits; the papers and pleadings on file in this matter; the law and argument within any reply brief subsequently filed by Zurich; and any oral argument which may be allowed by the Court on this Motion.

Based upon the foregoing, Zurich respectfully requests that this Court grant Zurich's motion for summary judgment and dismiss this action with prejudice.

LOCAL RULE 7.1(a)(2) CERTIFICATION. The undersigned counsel hereby certifies that counsel for Defendant has conferred with counsel for Plaintiff and they have attempted in good faith to resolve or narrow the issue.  Plaintiff opposes the relief sought by this Motion.

Dated:  August 17, 2022

Respectfully submitted,

ROPERS MAJESKI PC

/s/ *Andrew M. Margulis*
Andrew Margulis (admitted *pro hac vice*)
Jung Park (pro hac vice)
Ropers Majeski PC
750 Third Ave., 25th Floor
New York, NY 10017
Telephone:  (646) 454-3242
Facsimile:  (212) 668-5929
Email:  andrew.margulis@ropers.com

Paul T. Muniz (BBO No. 564786)
Donovan Hatem LLP
53 State Street, 8th Floor
Boston, MA 02109
Telephone:  (617) 406-4500
Facsimile:  (617) 406-4501
Email:  pmuniz@donovanhatem.com

*Attorneys for Defendant Zurich American Insurance Company*

2

**<u>Certificate of Service</u>**

      I hereby certify that the foregoing document will be filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 17, 2022, and courtesy electronic copies will be sent to counsel for parties who have not yet appeared in this action.

<u>/s/ *Andrew Margulis*        </u>

4870-8932-3309.1