UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>        Plaintiff,<br><br>   v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>        Defendant. | Civil Action No. 21-CV-11530-ADB |

## DECLARATION OF ANDREW L. MARGULIS IN SUPPORT OF DEFENDANT ZURICH AMERICAN INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

I, Andrew L. Margulis, hereby declare as follows:

1. I am an attorney in good standing, licensed to practice in the States of New York, Connecticut, Washington, the District of Columbia, and admitted by this Court pro hac vice in this matter. I am a partner with the firm of Ropers Majeski PC, counsel of record for defendant Zurich American Insurance Company ("Zurich").

2. This Declaration is submitted in support of Zurich's Motion for Summary Judgment.

3. Attached hereto as Exhibit A is a true and accurate copy of a complaint in a lawsuit entitled *Students for Fair Admissions, Inc. v. President and Fellows of Harvard College (Harvard Corporation), et al.*, Case No. 1:14-cv-14176 in the United States District Court for the District of Massachusetts.

4.  Attached hereto as Exhibit B is a true and accurate copy of a letter dated August 4, 2015, produced in this action and bearing Bates stamps Z 002054-2061.

5.  Attached hereto as Exhibit C is a true and accurate copy of a letter dated May 23, 2017 (without attachments) produced in this action and bearing Bates stamps Z 002052-2053. The documents attached hereto as Exhibits A and B were attached to this May 23, 2017 letter as noted on page two of the letter (Z 002053).

6.  Attached hereto as Exhibit D is a true and accurate copy of email correspondence dated August 30, 2017, produced in this action and bearing Bates stamp Z 001736.

7.  Attached hereto as Exhibit E is a true and accurate copy of a letter dated October 25, 2017, produced in this action and bearing Bates stamps Z 001714-1716.

8.  Attached hereto as Exhibit F is a true and accurate copy of Harvard's Responses to Zurich's First Set of Interrogatories dated July 15, 2022.

I declare the foregoing is true under penalty of perjury.

Executed this 17th day of August, 2022.

        /s/ *Andrew L. Margulis*
        Andrew L. Margulis

4879-9180-7789.2

**Certificate of Service**

   I hereby certify that the foregoing document will be filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 17, 2022, and courtesy electronic copies will be sent to counsel for parties who have not yet appeared in this action.

                /s/ *Andrew Margulis*

4879-9180-7789.2