# EXHIBIT C



**Yvette Markwitz**
Claims Advisor I | US Claims Operations
Marsh USA , Inc
70 Linden Oaks
Suite 310
Rochester, NY 14625
(585) 389-8803  Fax (585) 389-8722
YVETTE.L.MARKWITZ@MARSH.COM
www.marsh.com

May 23, 2017

Claims Department
Zurich North America
PO Box 968041
Schaumburg, IL 60196-8041
msgclms@zurichna.com

| | |
|---|---|
| INSURED: | HARVARD COLLEGE, PRESIDENT & FELLOWS OF |
| MATTER: | STUDENTS FOR FAIR ADMISSIONS, INC. |
| MARSH FILE NUMBER: | 14BOST146697 |

Dear Sir/Madam:

On behalf of the insured, and in accordance with the reporting provisions of the referenced Policy, we give notice that the referenced matter has been presented to the insured. A copy of correspondence received from the insured is attached for your reference.

Please refer to the following for your policy information:

| Policy Number | Policy Term | Layer | Participation |
|---|---|---|---|
| 01-817-25-28<br>NATIONAL UNION FIRE INS CO OF PITTSBURGH, PA | 11/01/2014 - 11/01/2015 | $25,000,000 Primary | $25,000,000 |
| IPR 3792308-03<br>ZURICH AMERICAN INS CO | 11/01/2014 - 11/01/2015 | $15,000,000 X $25,000,000 | $15,000,000 |
| ELU132023-14<br>XL SPECIALTY INSURANCE COMPANY | 11/01/2014 - 11/01/2015 | $15,000,000 X $40,000,000 | $15,000,000 |
| 01-817-79-46<br>NATIONAL UNION FIRE INS CO OF PITTSBURGH, PA | 11/01/2014 - 11/01/2015 | $25,000,000 X $55,000,000 | $25,000,000 |
| 8222-1878<br>FEDERAL INSURANCE CO | 11/01/2014 - 11/01/2015 | $10,000,000 X $80,000,000 | $10,000,000 |
| G24572948-003<br>ACE AMERICAN INSURANCE CO | 11/01/2014 - 11/01/2015 | $10,000,000 X $90,000,000 | $10,000,000 |

This matter is reported under any and all applicable policies whether or not cited.

Kindly **acknowledge** receipt of this correspondence to the **undersigned and the insured, noting your file number and the name and e-mail address of the claim handler** assigned to this matter.

Please address all **further** inquiries and correspondence to the insured contact, who is copied below, and to the Marsh Claim Advocate, Douglas Willis, at douglas.j.willis@marsh.com, (860) 723-5716.

The information contained in this document is confidential, may be privileged, and is intended for the use of the individual or entity named above. If you are not the intended recipient, please do not read, copy, forward, use, or store this document or any of the information contained herein.

Please include the **Marsh file number** on all correspondence related to the above claim.

Very truly yours,

*Yvette Markwitz*

Yvette Markwitz
Claims Advisor I | US Claims Operations

cc:

Mark Frazier
Manager of Claims & Loss Prevention
Harvard University
1033 Massachusetts Avenue
Suite 360
Cambridge, MA 02138
Phone: 617 496 8830
eMail: mark_frazier@harvard.edu

Douglas Willis
Senior Claim Advisor
Marsh USA Inc.
20 Church Street
Hartford, CT 06103
Phone: (860) 723-5716
Fax: (860) 723-5750
eMail: douglas.j.willis@marsh.com

**Enclosure:**

| File Description | File Name | Document # |
| --- | --- | --- |
| SFFA lawsuit 11-17-14 | SFFA-lawsuit-11-17-14 | A_402889.pdf |
| Students RoR.pdf | Students RoR | A_402890.pdf |