# EXHIBIT D

# Henry Chun

| | |
|---|---|
| **From:** | Willis, Douglas J <Douglas.J.Willis@marsh.com> |
| **Sent:** | Wednesday, August 30, 2017 6:00 AM |
| **To:** | Henry Chun |
| **Subject:** | RE: President and Fellows of Harvard College/Students for Fair Admissions, Inc., Zurich Claim No. 9410562971 |

Henry:

I am sorry. You are correct that our notice to Zurich was first sent in May 2017. There was no prior notification. We recognized the rather significant defense expenditure and Harvard has indicated to us they expect this matter to continue its way through the courts for some time. Let me know if you would like to discuss.

Regards,

**Douglas J. Willis**, Senior Vice President
Marsh **Global Claims Practice**
20 Church Street, Hartford, CT 06103
+1 860 723 5716 | Fax +1 860 723 5750  |douglas.j.willis@marsh.com

---

**From:** Henry Chun [mailto:henry.chun@zurichna.com]
**Sent:** Wednesday, August 30, 2017 11:51 AM
**To:** Willis, Douglas J
**Subject:** FW: President and Fellows of Harvard College/Students for Fair Admissions, Inc., Zurich Claim No. 9410562971

Doug:

I hope you're well. I wanted to follow up on my email below because I need to issue a coverage letter by the close of business today unless you have something responsive to my request. The letter as drafted will not deny coverage for late notice but will identify the issue and ask again for any information that might be pertinent. Please let me know as soon as possible. Thanks.

Henry

---

**From:** Henry Chun
**Sent:** Friday, June 30, 2017 3:59 AM
**To:** douglas.j.willis@marsh.com
**Subject:** President and Fellows of Harvard College/Students for Fair Admissions, Inc., Zurich Claim No. 9410562971

Doug:

I hope everything is well with you.

The referenced matter has been assigned to me for handling on behalf of Zurich American Insurance Company. I have attached for your file a copy of our May 25, 2017 acknowledgement letter that we sent to Mark Frazier of Harvard.

1

Z 001736