Marshall Gilinsky, Esq. (BBO # 569181)
Ethan W. Middlebrooks, Esq. (*Pro Hac Vice*)
Jade W. Sobh, Esq. (*Pro Hac Vice*)
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone:    (212) 278-1000
Facsimile:    (212) 278-1733
Email: mgilinsky@andersonkill.com
Email: emiddlebrooks@andersonkill.com
Email: jsobh@andersonkill.com

*Attorneys for Plaintiff President and Fellows of Harvard College*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>                                Plaintiff,<br><br>          v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>                                Defendant. | **Case No: 1:21-cv-11530-ADB** |

**PLAINTIFF PRESIDENT AND FELLOWS OF HARVARD COLLEGE'S
<u>NOTICE OF MOTION TO COMPEL</u>**

PLEASE TAKE NOTICE that upon (1) the accompanying Memorandum of Law; (2) the Declaration of Ethan W. Middlebrooks, Esq., dated August 23, 2022, and the exhibits attached thereto; and (3) upon all of the pleadings and proceedings herein, Plaintiff President and Fellows of Harvard College ("Harvard"), by and through its undersigned counsel, will move this Court before the Honorable Allison D. Burroughs, 1 Courthouse Way, Suite 2300 Boston, Massachusetts, at a date to be determined by the Court for an Order pursuant to Rule 37 of the Federal Rules of Civil Procedure granting Harvard's Motion to Compel Discovery, denying

Zurich's Motion for Protective Order, and directing Zurich to do the following, as well as all other relief which is just and proper:

(1) Identify Zurich personnel with substantive knowledge related to the Harvard account since November 2014, and their direct and indirect supervisors in accordance with Harvard's Interrogatory Nos. 3 and 4;

(2) Run a targeted search for, and produce copies of, documents and communications from November 17, 2014 to January 30, 2016 regarding *Students for Fair Admissions, Inc. v. President and Fellows of Harvard College (Harvard Corporation)*, No. 1:14-cv-14176-ADB (the "SFFA Action") in accordance with Harvard's Document Request Nos. 6, 15, 17, 18 and 19;

(3) Produce copies of Zurich underwriting files for policy years 2014-2018 in accordance with Harvard's Document Request Nos. 5 and 7; and

(4) Provide a response to Harvard's Interrogatory No. 5, asking Zurich to describe what it did in response to Harvard's March 10, 2021 letter, including whether Zurich instituted a litigation hold as requested in that letter.

The undersigned hereby certifies that this motion complies with Local Rule 37.1(b) because the supporting papers describe with particularity: (1) the discovery conference and meet and confer process; (2) the nature of the case and the facts relevant to the discovery matters to be decided; (3) the discovery matters that have raised an issue to be decided by the Court; and (4) a statement of Harvard's position as to each contested issue, with supporting authority.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Harvard respectfully requests oral argument on this pending Motion to Compel.

Dated: August 23, 2022    **ANDERSON KILL P.C.**

By: /s/ Marshall Gilinsky
Marshall Gilinsky, Esq. (BBO # 569181)
Ethan W. Middlebrooks, Esq. (*Pro Hac Vice*)
Jade W. Sobh, Esq. (*Pro Hac Vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 278-1000

(617) 221-5445
E-mail:  mgilinsky@andersonkill.com
E-mail:  emiddlebrooks@andersonkill.com
E-mail:  jsobh@andersonkill.com

*Attorneys for Plaintiff President and Fellows of Harvard College*

3