UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>                      Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>                      Defendant. | Case No. 1:21-cv-11530-ADB |

**DECLARATION OF ETHAN W. MIDDLEBROOKS, ESQ. IN SUPPORT OF HARVARD'S MOTION TO COMPEL DISCOVERY AND IN <u>OPPOSITION TO ZURICH'S MOTION FOR PROTECTIVE ORDER</u>**

    I, **ETHAN W. MIDDLEBROOKS, ESQ.**, a member of the Bar of the State of New York, and an attorney admitted pro hac vice to practice in this Court, hereby declare under penalty of perjury as follows:

    1.    I am an attorney at the law firm Anderson Kill, P.C., counsel to Plaintiff President and Fellows of Harvard College ("Harvard") in the above-referenced action. In that capacity, I am personally familiar with the facts set forth below.

    2.    I respectfully submit this Declaration in Support of Harvard' Motion To Compel Discovery (the "Motion") and In Opposition to Zurich American Insurance Company's Motion for Protective Order.

    3.    In this case Harvard has served on Zurich Requests for Admission, Requests for Production of Documents, and Interrogatories (the "Discovery Requests").

    4.    A true and correct copy of Zurich's Response to First Request for Production of Documents, dated May 20, 2022, is attached hereto as Exhibit A.

5. A true and correct copy of Zurich's Response to First Set of Interrogatories, dated May 20, 2022, is attached hereto as Exhibit B.

6. Harvard initiated the meet and confer process with Zurich pursuant to Federal Rule 37 and Local Rule 37.1 following receipt of Zurich's responses to Harvard's Discovery Requests.

7. As part of that process, counsel for Harvard and Zurich exchanged multiple letters.

8. A true and correct copy of a letter dated June 3, 2022, from Marshall Gilinsky to Andrew Margulis is attached hereto as Exhibit C.

9. A true and correct copy of a letter dated June 29, 2022, from Ethan Middlebrooks to Andrew Margulis is attached hereto as Exhibit D.

10. A true and correct copy of a letter dated July 7, 2022, from Andrew Margulis to Ethan Middlebrooks is attached hereto as Exhibit E.

11. A true and correct copy of a letter dated July 11, 2022, from Ethan Middlebrooks to Andrew Margulis is attached hereto as Exhibit F.

12. A true and correct copy of a letter dated July 15, 2022, from Andrew Margulis to Ethan Middlebrooks is attached hereto as Exhibit G.

13. In addition to sending letters as part of the meet and confer process, counsel for the parties held a discovery conference call via Microsoft Teams on June 14, 2022, at 1:00 pm EST, for approximately thirty-five minutes, with Ethan Middlebrooks and Jade Sobh participating for Harvard and Andrew Margulis participating for Zurich.

docs-100514594.1

14. At that June 14 conference call, counsel for Zurich stated that, apart from certain emails of Client Relationship Leader Susan Fortin, Zurich generally only would produce documents that had been placed in Zurich's "claim file" regarding the SFFA Action.

15. Zurich has continually objected to producing its underwriting files. However, Zurich did produce some underwriting documents that apparently were included within the "claim file" it produced.

16. Through the meet and confer process the parties did narrow some minor discovery issues relating to after Harvard gave formal notice of the SFFA Action.

17. A true and correct copy of excerpts of Zurich's document production of its claim file, including from "Deal Memos" and certain emails, are attached hereto as Exhibit H.

18. A true and correct copy of Harvard's Notice of Deposition Pursuant To Federal Rule of Civil Procedure 30(b)(6) is attached hereto as Exhibit I.

19. A true and correct copy of a letter dated August 4, 2022, from Andrew Margulis to Marshall Gilinsky is attached hereto as Exhibit J.

20. A true and correct copy of a letter dated March 20, 2021, from Walter Pizzano at Harvard to Paul Lavelle at Zurich is attached hereto as Exhibit K.

21. I declare under penalty of perjury that the foregoing is true and correct.

Executed: August 23, 2022

_____
Ethan W. Middlebrooks