# EXHIBIT H

**Strategic Risk Solutions Group**
**Management Liability Underwriting**
*General Information – Private and Not-for-Profit*

| | |
|---|---|
| Company: | President and Fellow of Harvard College |
| Policy: | IPR 3792308-04 |
| Date Underwritten: | 11/2015 |
| Underwritten by: | A. Taveras |

### PRE-QUALIFICATION/SUBMISSION COMMENTS:

Brokers:               Jill Berube            Marsh- Boston

| Contents | Yes | No |
|---|---|---|
| • Applications | | X |
| • Loss Runs | X | |
| • Underlying Policies | X | |
| • Fiduciary 5500s | X | |
| • EPL EEO Reports | | X |

More streamlined submission compared to past years. Primary carrier waived new applications, and Harvard factbook with statistics on exposure bases has not been refreshed since 2011 term.

### WHOLE ACCOUNT VIEW:

Susan Fortin of the Boston office is the RL.

### SRS RENEWAL NARRATIVE & RECOMMENDATION

### 2015 UPDATE

**2015 renewal of the Harvard integrated program is a functional installment due to underlying renewal guarantee language which we agreed to follow at previous renewals. No material changes have occurred in program exposures or terms and conditions. Pricing is guaranteed as flat and also is not changing. There have been no material loss developments. During the policy year we met with the insured to discuss potential expansions at our layer. These included extending security & privacy capacity into the excess layer (currently excluded on our layer, but provided by primary). Exploratory discussion into potential structured/captive products around their construction exposures.**

**Anticipate a full re-underwrite and pursuit of the primary position for 2016 renewal. Harvard's preference for their own internally developed policy form has in the past prevented us from winning the more expansive lead layer. Our continued interest and underwriting of the risk allowed us to move from a 2nd excess position into the first excess slot. As the primary provided a guaranteed rate renewal we will not be able to compete for the primary again until 2016 but are in a very attractive position at the $25M attachment.**

**Strategic Risk Solutions Group**
Management Liability Underwriting
*General Information – Private and Not-for-Profit*

Company:         President and Fellow of Harvard College
Policy:          IPR 3792308-04
Date Underwritten: 11/2015
Underwritten by:   A. Taveras

Investment Portfolio

|  | 2012 |  |
|---|---:|---:|
| POOLED GENERAL INVESTMENT |  |  |
| Investment assets: |  |  |
| Domestic common and convertible equity | $3,510,38 | 7.3% |
| Foreign common and convertible equity | 1,771,081 | 3.7% |
| Domestic fixed income | 5,232,751 | 10.9% |
| Foreign fixed income | 1,774,283 | 3.7% |
| Emerging market equity and debt | 2,959,047 | 6.2% |
| High yield | 1,557,938 | 3.3% |
| Absolute return | 4,751,754 | 9.9% |
| Private equities | 7,095,625 | 14.8% |
| Real assets1 | 10,156,008 | 21.3% |
| Inflation-indexed bonds | 919,081 | 1.9% |
| Due from brokers | 299,518 | 0.6% |
| Total investment assets2 | 40,027,466 |  |
| Repurchase and securities borrowing agreements | 6,002,202 | 12.6% |
| Cash and short-term investments | 750,733 | 1.6% |
| Other assets3 | 1,007,907 | 2.1% |
| POOLED GENERAL INVESTMENT | 47,788,308 | 100.0% |

RECENT DEVELOPMENTS/ ARTICLES
*Source: Hoovers, Dow Jones News Retrieval*
See attached articles and recent press.

CORPORATE / D&O LITIGATION:
*Source: 10K, Stanford Clearinghouse*

Private, no securities or public disclosed litigation.

SUMMARY OF D&O EXPOSURES

Given the stellar AAA ratings from multiple rating agencies, no significant upcoming maturities, and confidence of the market as evidenced by the low rates underwriting assessment is Harvard presents a very low D&O exposure from the financial perspective. Ratings were affirmed in 2012 by the agencies. Less than $600 million of overall debt is variable rate, with only ~$250M having maturity longer than a year. Given Harvard's status as one of the nation's premiere institutions of higher learning which should allow it to fundraise effectively and/or change course in regards to tuition policies, Harvard's demonstrable liquidity both in and out of it's endowment investment accounts, the size

18

Z 001533

**Strategic Risk Solutions Group**
Management Liability Underwriting
***General Information – Private and Not-for-Profit***

Company:          President and Fellow of Harvard College
Policy:           IPR 3792308-04
Date Underwritten: 11/2015
Underwritten by:  A. Taveras

of that endowment and sophistication of it's management underwriting believe the operating deficits do not present an outsize D&O exposure. Harvard's their demonstrated ability to withstand an extreme shock to the endowment in the crisi period (negative return of 27% in fiscal 2009 caused an $11 billion decline in its value and an even greater decline of approximately $14 billion in the University's net assets) also speak to the solid nature of this NFP institution.

**Strategic Risk Solutions Group**
Management Liability Underwriting
***General Information – Private and Not-for-Profit***

19

Z 001534

**Strategic Risk Solutions Group**
Management Liability Underwriting
*General Information – Private and Not-for-Profit*

| | |
|---|---|
| Company: | President and Fellow of Harvard College |
| Policy: | IPR 3792308-04 |
| Date Underwritten: | 11/2015 |
| Underwritten by: | A. Taveras |

### EMPLOYMENT PRACTICES

#### EMPLOYEES

| | | | |
|---|---|---|---|
| | Total | Total | 15,587 |
| United States | See rating model for final ratable bases | | |
| International | | Top US States | |

**Turnover Rate:**   N/A

**EEO-1 Analysis:**   N/A

#### EMPLOYMENT PRACTICES LOSS HISTORY

**We continue monitoring the litigation summaries periodically provided. Claims has not singled out any incidents or circumstance or claims reported as presenting significant exposure. A consistent stream of claims is to be expected at a large organization, and in fact a long history of such with no significant payouts demonstrates organizational capability to handle the EPL exposure as part of the course of business. Demands on notable open activity are all well below the $2.5MM SIR.**

**See attached SRS and MSG policy number loss data in eFile for more information.**

#### EMPLOYMENT PROCEDURES

| | Yes | No | Explanation |
|---|---|---|---|
| Is there a Human Resources Dept. | X | | |
| Employment Application Required | X | | |
| Formal Orientation Program for all New Employees | X | | |
| Regular, written performance evaluations | X | | |
| Drug, medical testing for all employees | | | |
| Publish an employee handbook | X | | |
| Terminations reviewed by legal department | X | | |
| Out placement program | | | |
| Sensitivity training | | | |
| Mandatory arbitration of employment claims | | | |

#### EMPLOYMENT POLICIES

| | Yes | No | Explanation |
|---|---|---|---|
| Human Resources Manual | X | | |
| Termination and Severance Policy/Procedure<br>    1. EEO Policy | X | | |
| Discrimination Policy/Procedure | *X* | | |
| Harassment Policy/Procedure | X | | |
| Progressive Discipline | | | |
| Pregnancy and Parental Leave Policy | | | |
| Other Leave Policies | | | |

20

Z 001535

**Strategic Risk Solutions Group**
Management Liability Underwriting
*General Information – Private and Not-for-Profit*

Company:         President and Fellow of Harvard College
Policy:           IPR 3792308-04
Date Underwritten: 11/2015
Underwritten by:   A. Taveras

| | |
|---|---|
| Grievance Procedures (union and non-union) | X |
| AIDS/HIV, Life Threatening Illnesses | |

Z 001536

# Henry Chun

| | |
|---|---|
| **From:** | Russell Creighton |
| **Sent:** | Tuesday, October 02, 2018 4:56 AM |
| **To:** | Henry Chun |
| **Subject:** | RE: Harvard - 2015 docs |

Henry
Re: litigation summaries, after writing the account starting in 2011 we would rely on internal loss runs and internal dialogue with claims handlers to assess any open matters.

Re: underwriting docs, we were informed by Marsh that the primary was not requiring a formal submission for the 2016 and 2017 policies.

Thanks
Russ



Russell Creighton
*Multi-Line Underwriter*
Strategic Risk Solutions Group
Zurich North America
150 Greenwich Street
New York, NY  10007

**Office:** 212-553-5533
**Mobile:** 732-859=0411

zurichna.com



---

**From:** Henry Chun
**Sent:** Tuesday, October 02, 2018 9:45 AM
**To:** Russell Creighton
**Subject:** RE: Harvard - 2015 docs

Russell:

Thank again for sending me the materials.  I really appreciate the help.

There are still a couple of things I think I need.  First, the deal memos referred to litigation summaries.  Can you send me copies of those?  Also, I'm anticipating that I will be asked where the 2016 and 2017 underwriting docs are, so if you could send me what you have for those years that would be great.

I'm sorry to pressure you on this but I've been told that there is an internal meeting with the new Chief Claims Officer tomorrow morning so can you send me these materials by COB today?  Thanks, Russell.  Hopefully, with these materials that will be all we need from you.  I'm around if you want to discuss.  Thanks.

Henry

---

**From:** Russell Creighton
**Sent:** Monday, October 01, 2018 7:27 AM

1

**To:** Henry Chun
**Subject:** Harvard - 2015 docs

Henry
Attached are documents from our 2015 underwriting folder.

Thanks



Russell Creighton
*Multi-Line Underwriter*
Strategic Risk Solutions Group
Zurich North America
150 Greenwich Street
New York, NY  10007

**Office:** 212-553-5533
**Mobile:** 732-859=0411

zurichna.com


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PLEASE NOTE \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message, along with any attachments, is for the designated recipient(s) only and may contain privileged, proprietary, or otherwise confidential information. If this message has reached you in error, kindly destroy it without review and notify the sender immediately. Any other use of such misdirected e-mail by you is prohibited. Where allowed by local law, electronic communications with Zurich and its affiliates, including e-mail and instant messaging (including content), may be scanned for the purposes of information security and assessment of internal compliance with company policy.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PLEASE NOTE \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message, along with any attachments, is for the designated recipient(s) only and may contain privileged, proprietary, or otherwise confidential information. If this message has reached you in error, kindly destroy it without review and notify the sender immediately. Any other use of such misdirected e-mail by you is prohibited. Where allowed by local law, electronic communications with Zurich and its affiliates, including e-mail and instant messaging (including content), may be scanned for the purposes of information security and assessment of internal compliance with company policy.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PLEASE NOTE \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message, along with any attachments, is for the designated recipient(s) only and may contain privileged, proprietary, or otherwise confidential information. If this message has reached you in error, kindly destroy it without review and notify the sender immediately. Any other use of such misdirected e-mail by you is prohibited. Where allowed by local law, electronic communications with Zurich and its affiliates, including e-mail and instant messaging (including content), may be scanned for the purposes of information security and assessment of internal compliance with company policy.

**Strategic Risk Solutions Group**
**Management Liability Underwriting**
*General Information – Private and Not-for-Profit*

| | |
|---|---|
| Company: | President and Fellow of Harvard College |
| Policy: | IPR 3792308-06 |
| Date Underwritten: | 10/2017 |
| Underwritten by: | R. Creighton |

### PRE-QUALIFICATION/SUBMISSION COMMENTS:

<u>Brokers</u>:   Jill Berube   Marsh- Boston

| <u>Contents</u> | <u>Yes</u> | <u>No</u> |
|---|---|---|
| • Applications | | X |
| •  Loss Runs | X | |
| • Underlying Policies | X | |
| • Fiduciary  5500s | X | |
| • EPL EEO Reports | | X |

More streamlined submission compared to past years. Primary carrier waived new applications, and Harvard factbook with statistics on exposure bases has not been refreshed since 2011 term.

### WHOLE ACCOUNT VIEW:

Susan Fortin of the Boston office is the RL.

### SRS RENEWAL NARRATIVE & RECOMMENDATION

### **2017 UPDATE**

**2017 renewal of the Harvard integrated program is a functional installment due to underlying renewal guarantee language  which we agreed to follow at previous renewals. No material changes have occurred in program exposures or terms and conditions. Pricing is guaranteed as flat, however the primary carrier is renegotiating the premium due to reimbursement of defense costs for the "Students for Fair Admission" claim.  Loss paid as of 8/10/17 is $856K.  We have been informed by Marsh they have issued another reimbursement amount to Harvard since then, which would total $1.7M.**

**A pre-renewal meeting was conducted at Harvard on 8/29/17 between SRS (Todd Cunningham, Russ Creighton), Sue Fortin, Zurich GRL, Harvard (Walter Pizzano) and Marsh (Rob Engel).  During the meeting we agreed to maintain the insurance tower with no change to business lines and policy wording.**

### COMPANY OVERVIEW

*Source:  Submission*

| | |
|---|---|
| Company Name: | PRESIDENT AND FELLOWS OF HARVARD COLLEGE |
| Company Address: | 1033 MASSACHUSETTS AVE |
| | CAMBRIDGE, MASSACHUSETTS 02138-3846 |
| Fiscal Year-End: | 6/30 |
| Date of Financials: | 6/30/2012 |
| Total Assets: | $57.7B |
| Total Revenue | $4B |

1

Z 001548

**Strategic Risk Solutions Group**
**Management Liability Underwriting**
*General Information – Private and Not-for-Profit*

| | |
|---|---|
| Company: | President and Fellow of Harvard College |
| Policy: | IPR 3792308-06 |
| Date Underwritten: | 10/2017 |
| Underwritten by: | R. Creighton |

### PRE-QUALIFICATION/SUBMISSION COMMENTS:

| Brokers: | Jill Berube | Marsh- Boston |
|---|---|---|

| Contents | Yes | No |
|---|---|---|
| • Applications | | X |
| •  Loss Runs | X | |
| • Underlying Policies | X | |
| • Fiduciary 5500s | X | |
| • EPL EEO Reports | | X |

More streamlined submission compared to past years. Primary carrier waived new applications, and Harvard factbook with statistics on exposure bases has not been refreshed since 2011 term.

### WHOLE ACCOUNT VIEW:

Susan Fortin of the Boston office is the RL.

### SRS RENEWAL NARRATIVE & RECOMMENDATION

### 2017 UPDATE

**2015 renewal of the Harvard integrated program is a functional installment due to underlying renewal guarantee language which we agreed to follow at previous renewals. No material changes have occurred in program exposures or terms and conditions. Pricing is guaranteed as flat, however the primary carrier is renegotiating the premium due to reimbursement of defense costs for the "Students for Fair Admission" claim. Loss paid as of 8/10/17 is $856K. We have been informed by Marsh they have issued another reimbursement amount to Harvard since then, which would total $1.7M.**

**2015 renewal of the Harvard integrated program is a functional installment due to underlying renewal guarantee language which we agreed to follow at previous renewals. No material changes have occurred in program exposures or terms and conditions. Pricing is guaranteed as flat and also is not changing. There have been no material loss developments. During the policy year we met with the insured to discuss potential expansions at our layer. These included extending security & privacy capacity into the excess layer (currently excluded on our layer, but provided by primary). Exploratory discussion into potential structured/captive products around their construction exposures.**

1

Z 001575

**Strategic Risk Solutions Group**
Management Liability Underwriting
*General Information – Private and Not-for-Profit*

Company:         President and Fellow of Harvard College
Policy:          IPR 3792308-06
Date Underwritten: 10/2017
Underwritten by:  R. Creighton

**Anticipate a full re-underwrite and pursuit of the primary position for 2016 renewal. Harvard's preference for their own internally developed policy form has in the past prevented us from winning the more expansive lead layer. Our continued interest and underwriting of the risk allowed us to move from a 2nd excess position into the first excess slot. As the primary provided a guaranteed rate renewal we will not be able to compete for the primary again until 2016 but are in a very attractive position at the $25M attachment.**

**Strategic Risk Solutions Group**
**Management Liability Underwriting**
*General Information – Private and Not-for-Profit*

| | |
|---|---|
| Company: | President and Fellow of Harvard College |
| Policy: | IPR 3792308-03 |
| Date Underwritten: | 11/2014 |
| Underwritten by: | A. Taveras |

### PRE-QUALIFICATION/SUBMISSIO COMMENTS:

Brokers:        Jill Berube        Marsh- Boston

| Contents | Yes | No |
|---|---|---|
| • Applications | | X |
| • Loss Runs | X | |
| • Underlying Policies | X | |
| • Fiduciary 5500s | X | |
| • EPL EEO Reports | | X |

More streamlined submission compared to past years. Primary carrier waived new applications, and Harvard factbook with statistics on exposure bases has not been refreshed since 2011 term.

### WHOLE ACCOUNT VIEW:

Susan Fortin of the Boston office is the RL.

### SRS RENEWAL NARRATIVE & RECOMMENDATION

**2013 Harvard renewal provided Zurich another opportunity to consider taking the lead position on Harvard's blended financial lines + media + E&O program. Although we continue to face difficulty in attaining that placement due to Harvard's preference for their own internally developed policy form our continued interest and underwriting of the risk allowed us to move from a 2nd excess position into the first excess slot. As the primary provided a guaranteed rate renewal for 2013 it is not likely we will be able to compete again until 2015 but are in a very attractive position at the $25M attachment.**

1

Z 001605

**Strategic Risk Solutions Group**
Management Liability Underwriting
*General Information – Private and Not-for-Profit*

Company:            President and Fellow of Harvard College
Policy:             IPR 3792308-03
Date Underwritten:  11/2014
Underwritten by:    A. Taveras

## Investment Portfolio

|  | 2012 |  |
|---|---:|---:|
| **POOLED GENERAL INVESTMENT** | | |
| Investment assets: | | |
| Domestic common and convertible equity | $3,510,38 | 7.3% |
| Foreign common and convertible equity | 1,771,081 | 3.7% |
| Domestic fixed income | 5,232,751 | 10.9% |
| Foreign fixed income | 1,774,283 | 3.7% |
| Emerging market equity and debt | 2,959,047 | 6.2% |
| High yield | 1,557,938 | 3.3% |
| Absolute return | 4,751,754 | 9.9% |
| Private equities | 7,095,625 | 14.8% |
| Real assets1 | 10,156,008 | 21.3% |
| Inflation-indexed bonds | 919,081 | 1.9% |
| Due from brokers | 299,518 | 0.6% |
| Total investment assets2 | 40,027,466 | |
| Repurchase and securities borrowing agreements | 6,002,202 | 12.6% |
| Cash and short-term investments | 750,733 | 1.6% |
| Other assets3 | 1,007,907 | 2.1% |
| POOLED GENERAL INVESTMENT | 47,788,308 | 100.0% |

RECENT DEVELOPMENTS/ ARTICLES
*Source: Hoovers, Dow Jones News Retrieval*
See attached articles and recent press.

CORPORATE / D&O LITIGATION:
*Source: 10K, Stanford Clearinghouse*

Private, no securities or public disclosed litigation.

SUMMARY OF D&O EXPOSURES

Given the stellar AAA ratings from multiple rating agencies, no significant upcoming maturities, and confidence of the market as evidenced by the low rates underwriting assessment is Harvard presents a very low D&O exposure from the financial perspective. Ratings were affirmed in 2012 by the agencies. Less than $600 million of overall debt is variable rate, with only ~$250M having maturity longer than a year. Given Harvard's status as one of the nation's premiere institutions of higher learning which should allow it to fundraise effectively and/or change course in regards to tuition policies, Harvard's demonstrable liquidity both in and out of it's endowment investment accounts, the size

Z 001622

**Strategic Risk Solutions Group**
Management Liability Underwriting
*General Information – Private and Not-for-Profit*

Company:         President and Fellow of Harvard College
Policy:          IPR 3792308-03
Date Underwritten: 11/2014
Underwritten by: A. Taveras

of that endowment and sophistication of it's management underwriting believe the operating deficits do not present an outsize D&O exposure. Harvard's their demonstrated ability to withstand an extreme shock to the endowment in the crisi period (negative return of 27% in fiscal 2009 caused an $11 billion decline in its value and an even greater decline of approximately $14 billion in the University's net assets) also speak to the solid nature of this NFP institution.

**Strategic Risk Solutions Group**
**Management Liability Underwriting**
*General Information – Private and Not-for-Profit*

| | | | |
|---|---|---|---|
| Company: | President and Fellow of Harvard College | | |
| Policy: | IPR 3792308-03 | | |
| Date Underwritten: | 11/2014 | | |
| Underwritten by: | A. Taveras | | |

### EMPLOYMENT PRACTICES

#### EMPLOYEES

| | | | | |
|---|---|---|---|---|
| | Total | | Total | 15,587 |
| United States | See rating model for final ratable bases | | | |
| International | | | Top US States | |

**Turnover Rate:**   N/A

**EEO-1 Analysis:**   N/A

#### EMPLOYMENT PRACTICES LOSS HISTORY

**We continue monitoring the litigation summaries periodically provided. Claims has not singled out any incidents or circumstance or claims reported as presenting significant exposure. A consistent stream of claims is to be expected at a large organization, and in fact a long history of such with no significant payouts demonstrates organizational capability to handle the EPL exposure as part of the course of business. Demands on notable open activity are all well below the $2.5MM SIR.**

**See attached SRS and MSG policy number loss data in eFile for more information.**

#### EMPLOYMENT PROCEDURES

| | Yes | No | Explanation |
|---|---|---|---|
| Is there a Human Resources Dept. | X | | |
| Employment Application Required | X | | |
| Formal Orientation Program for all New Employees | X | | |
| Regular, written performance evaluations | X | | |
| Drug, medical testing for all employees | | | |
| Publish an employee handbook | X | | |
| Terminations reviewed by legal department | X | | |
| Out placement program | | | |
| Sensitivity training | | | |
| Mandatory arbitration of employment claims | | | |

#### EMPLOYMENT POLICIES

| | Yes | No | Explanation |
|---|---|---|---|
| Human Resources Manual | X | | |
| Termination and Severance Policy/Procedure        1. EEO Policy | X | | |
| Discrimination Policy/Procedure | *X* | | |
| Harassment Policy/Procedure | X | | |
| Progressive Discipline | | | |
| Pregnancy and Parental Leave Policy | | | |
| Other Leave Policies | | | |

20

Z 001624

**Strategic Risk Solutions Group**
Management Liability Underwriting
*General Information – Private and Not-for-Profit*

Company:            President and Fellow of Harvard College
Policy:             IPR 3792308-03
Date Underwritten:  11/2014
Underwritten by:    A. Taveras

| | |
|---|---|
| Grievance Procedures (union and non-union) | X |
| AIDS/HIV, Life Threatening Illnesses | |

**Strategic Risk Solutions Group**
**Management Liability Underwriting**
***General Information – Private and Not-for-Profit***

| | |
|---|---|
| Company: | President and Fellow of Harvard College |
| Policy: | IPR 3792308-01 |
| Date Underwritten: | 11/2012 |
| Underwritten by: | A. Taveras |

### PRE-QUALIFICATION/SUBMISSIO COMMENTS:

<u>Brokers</u>:                     Jill Berube              Marsh- Boston

| <u>Contents</u> | <u>Yes</u> | <u>No</u> |
|---|---|---|
| • Applications | | X |
| •  Loss Runs | X | |
| • Underlying Policies | X | |
| • Fiduciary  5500s | X | |
| • EPL EEO Reports | | X |

More streamlined submission compared to past years. Primary carrier waived new applications, and Harvard factbook with statistics on exposure bases has not been refreshed since 2011 term. Listing

### WHOLE ACCOUNT VIEW:

Susan Fortin of the Boston office is the RL.

### SRS RENEWAL NARRATIVE & RECOMMENDATION

**2013 Harvard renewal  provided Zurich another opportunity to consider taking the lead position on Harvard's blended financial lines + media + E&O program. Although we continue to face difficulty in attaining that placement due to Harvard's preference for their own internally developed policy form our continued interest and underwriting of the risk allowed us to move from a 2nd excess position into the first excess slot. As the primary provided a guaranteed rate renewal for 2013 it is not likely we will be able to compete again in 2013 but are in a very attractive position at the $25M attachment.**

1

Z 001634

# Henry Chun

| | |
|---|---|
| **From:** | Russell Creighton |
| **Sent:** | Tuesday, September 25, 2018 7:10 AM |
| **To:** | Henry Chun |
| **Cc:** | Todd Cunningham |
| **Subject:** | RE: Harvard/Students for Fair Admissions |

Henry
We have not received applications for the Presidents and Fellows of Harvard College policy.  The primary carrier (AIG) waived this requirement.

Below is the link to our Harvard shared drive files:

H:\Interprod NEW\Accounts\Accounts - Integrated & Structured\Harvard College

Please let me know if you have any questions.

Thanks
Russ



**Russell Creighton**
*Multi-Line Underwriter*
Strategic Risk Solutions Group
Zurich North America
150 Greenwich Street
New York, NY  10007

**Office:** 212-553-5533
**Mobile:** 732-859=0411

zurichna.com



---

**From:** Todd Cunningham
**Sent:** Tuesday, September 25, 2018 11:36 AM
**To:** Russell Creighton
**Subject:** FW: Harvard/Students for Fair Admissions

Per our discussion

Regards,
Todd

Todd Cunningham
Head of Strategic Risk Solutions And Captives
4 World Trade Center
150 Greenwich Street
New York, New York 10007
Office:  212-553-3336
Cell:  6464688963

1