# EXHIBIT I

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendant. | Case No. 1:21-cv-11530-ADB |

**NOTICE OF DEPOSITION OF DEFENDANT ZURICH AMERICAN INSURANCE COMPANY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff President and Fellows of Harvard College ("Harvard") will take the deposition, upon oral examination, of Defendant Zurich American Insurance Company ("Zurich"). The deposition will be taken remotely on August 16, 2022, commencing at 10:00 a.m., via web-based videoconferencing.

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Zurich must designate and produce at the deposition one of its officers, directors, managing agents, employees, or agents who is most qualified to testify on its behalf as to the below-described matters to the extent of any information known or reasonably available to Zurich. It is hereby requested that Zurich provide prompt notification in writing to the undersigned as to the name, capacity, and job title of each person so designated to testify and the matters on which this person will testify.

docs-100505548.1

**NOTICE IS FURTHER GIVEN** that Harvard reserves the right to record the testimony at the deposition by videotape, in addition to recording this testimony by stenographic method. Harvard also reserves the right to introduce and use the videotape at the time of trial.

**NOTICE IS FURTHER GIVEN** that if an interpreter is necessary, notification must be given in writing to this office no less than five (5) days prior to the deposition, indicating which language and dialect.

**NOTICE IS FURTHER GIVEN** that the deposition will be taken before an officer who is authorized to administer an oath. If the deposition is not completed on the date specified in this notice, the taking of the deposition will be continued from day to day thereafter, except for Sundays and holidays, at the same place, until completed.

## DEPOSITION TOPICS

1. The ways in which paper and electronic documents, including but not limited to .pst files (including attachments) and documents stored on shared drives, are stored and searchable at Zurich.

2. What Zurich did to search for documents responsive to Harvard's First Request for the Production of Documents to Zurich, dated April 8, 2022.

Dated: July 19, 2022

By: /s/ Ethan W. Middlebrooks
Marshall Gilinsky, Esq. (BBO # 569181)
Ethan W. Middlebrooks, Esq. (*Pro Hac Vice*)
Jade W. Sobh, Esq. (*Pro Hac Vice*)
ANDERSON KILL P.C.
1251 Avenues of the Americas
New York, New York 10020
Telephone: (212) 278-1000

*Attorneys for Plaintiff President and Fellows of Harvard College*

docs-100505548.1