Marshall Gilinsky, Esq. (BBO # 569181)
Ethan W. Middlebrooks, Esq. (*Pro Hac Vice*)
Jade W. Sobh, Esq. (*Pro Hac Vice*)
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone:     (212) 278-1000
Facsimile:     (212) 278-1733
Email: mgilinsky@andersonkill.com
Email: emiddlebrooks@andersonkill.com
Email: jsobh@andersonkill.com

*Attorneys for Plaintiff President and Fellows of Harvard College*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>                              Plaintiff,<br><br>            v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>                              Defendant. | **Case No: 1:21-cv-11530-ADB** |

**PLAINTIFF PRESIDENT AND FELLOWS OF HARVARD COLLEGE'S
NOTICE OF MOTION PURSUANT TO FEDERAL RULE OF
<u>CIVIL PROCEDURE 56(d) AND FOR EXPEDITED HEARING</u>**

PLEASE TAKE NOTICE that upon (1) the accompanying Memorandum of Law; (2) the Declaration of Marshall Gilinsky, Esq., dated August 23, 2022; and (3) upon all of the pleadings and proceedings herein, Plaintiff President and Fellows of Harvard College ("Harvard"), by and through its undersigned counsel, will move this Court before the Honorable Allison D. Burroughs, 1 Courthouse Way, Suite 2300 Boston, Massachusetts, at a date to be determined by the Court, for an expedited Order pursuant to Rule 56(d) of the Federal Rules of Civil Procedure granting Harvard's Motion Pursuant to Federal Rule of Civil Procedure 56(d), deferring

considering or denying Defendant Zurich American Insurance Company's Motion for Summary Judgment (Dkt. # 28), and permitting Harvard time to take discovery in order to defeat Zurich's Motion for Summary Judgment, as well as all other relief which is just and proper.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Harvard respectfully requests oral argument on this pending Motion Pursuant to Rule 56(d) of the Federal Rules of Civil Procedure.

Dated: August 23, 2022

**ANDERSON KILL P.C.**

By: /s/ Marshall Gilinsky
Marshall Gilinsky, Esq. (BBO # 569181)
Ethan W. Middlebrooks, Esq. (*Pro Hac Vice*)
Jade W. Sobh, Esq. (*Pro Hac Vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 278-1000
(617) 221-5445
E-mail: mgilinsky@andersonkill.com
E-mail: emiddlebrooks@andersonkill.com
E-mail: jsobh@andersonkill.com

*Attorneys for Plaintiff President and Fellows of Harvard College*