UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>   Plaintiff,<br><br> v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>   Defendant. | Civil Action No. 21-CV-11530-ADB |

**ASSENTED-TO MOTION FOR EXTENSIONS OF TIME TO RESPOND TO PENDING MOTIONS**

 Plaintiff President and Fellows of Harvard College ("Harvard") and Defendant Zurich American Insurance Company ("Zurich"), through their respective attorneys of record, respectfully move pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) for the following extensions of time for the Parties to respond to the pending motions: extending Zurich's time to respond to Harvard's Motion to Compel (Dkt. 31) through and including September 16, 2022; extending Zurich's time to respond to Harvard's Motion for Discovery Pursuant to Rule 56 (d) (Dkt. 34) through and including September 16, 2022; and extending Harvard's time to respond to Zurich's Motion for Summary Judgment (Dkt. 28) through and including September 19, 2022. This motion is not sought to delay the matter, and extends the response dates due to the conflicting schedules of counsel and their respective clients.

 WHEREFORE, the Parties respectfully request that the Court extend the dates for the Parties' respective responses to the pending Motions as set forth herein.

Dated: August 31, 2022

|  |  |
|---|---|
|  | Respectfully submitted, |
| Plaintiff, | Defendant, |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br>By its Attorneys, | ZURICH AMERICAN INSURANCE COMPANY<br>By its Attorneys, |
| */s/ Marshall Gilinsky* | */s/ Andrew L. Margulis* |
| **ANDERSON KILL P.C.**<br>Marshall Gilinsky, Esq.<br>(BBO # 569181)<br>1251 Avenue of the Americas New York, New York 10020<br>Tel: (212) 278-1000 (617)221-5445<br>E-mail; mgilinsky@andersonkill.com | **ROPERS MAJESKI, PC**<br>Andrew L. Margulis (Pro Hac Vice)<br>andrew.margulis@ropers.com<br>Andres Avila (Pro Hac Vice)<br>andres.avila@ropers.com<br>750 Third Avenue, 25th Floor<br>New York, NY  10017<br>Tel: 212.668.5927<br>Fax: 212.668.5929 |
|  | **DONOVAN HATEM LLP**<br>Paul Muniz (BBO# 564786)<br>53 State Street, 8th Floor<br>Boston, MA 02109<br>Tel: 617-406-4610<br>Fax: 617-406-4501<br>pmuniz@donovanhatem.com |

## Certification Under Local Rule 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), I hereby certify that, on August 31, 2022 I conferred with counsel for Plaintiff President and Fellows of Harvard College's regarding this assented to motion and the relief sought herein and counsel for all parties have agreed to such relief.

/s/ *Andrew L. Margulis*
Andrew L. Margulis

## Certificate of Service

      I hereby certify that the foregoing document has been filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 31, 2022, and courtesy electronic copies will be sent to counsel for parties who have not yet appeared in this action.

                                                /s/ *Andrew L. Margulis*
                                                Andrew L. Margulis