UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Civil Action No. 1:21-cv-11530-ADB |

### DECLARATION OF ANDREW L. MARGULIS IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

I, Andrew L. Margulis, hereby declare as follows:

1.　　I am an attorney in good standing, licensed to practice in the States of New York, Connecticut, Washington and the District of Columbia, and admitted by this Court *pro hac vice* in this matter. I am a partner with the firm of Ropers Majeski PC, counsel of record for defendant Zurich American Insurance Company ("Zurich").

2.　　I submit this Declaration in opposition to Harvard's Motion to Compel (Dkt. 31-33) and motion pursuant to Rule 56(d) (Dkt. 34-36).

3.　　On March 11, 2022, Zurich served its initial Rule 26 disclosures. Attached hereto as Exhibit A is a true and accurate copy of Zurich's Rule 26 disclosures.

4.　　In response to Harvard's discovery requests, Zurich has also produced the entire non-privileged contents of its claim file relating to the SFFA Action, consisting of more than 2,100 pages.

5.　　Included in Zurich's production of its claim file was a May 28, 2021 letter from Zurich to Harvard responding to Harvard's letter to Zurich dated March 10, 2021. Attached

hereto as Exhibit B is a true and accurate copy of Zurich's May 28, 2021 letter in the form it was produced to Harvard.

6. Following the meet-and-confer communications between the parties (reflected in Dkt. 33-3 through 33-7), Zurich conducted a search of the emails of two of its employees-- Henry Chun, who was primarily responsible for Zurich's handling of Harvard's claim as respects the SFFA Action; and Susan Fortin, the Global Relationship Leader for Zurich with respect to Harvard. These emails were for the period of May 2017 through March 2021.

7. After that data was obtained, it was provided to Zurich's counsel in this case and each and every one of those emails was reviewed by counsel, including the undersigned declarant, to determine whether they were in any way related to the underlying lawsuit at issue in this case, the SFFA Action.

8. Those emails have now been produced by Zurich, with such production totaling more than 2,500 pages.

I declare the foregoing is true under penalty of perjury.

Executed this 16th day of September, 2022.

        /s/ *Andrew L. Margulis*
        Andrew L. Margulis

## **CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing were served on all counsel of record by filing the document with the court's ECF system on September 16, 2022, by operation of which counsel were served electronically.

/s/ *Andrew L. Margulis*
Andrew L. Margulis