# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 21-CV-11530-ADB |

## DEFENDANT ZURICH AMERICAN INSURANCE COMPANY'S RULE 26 INITIAL DISCLOSURES

Defendant Zurich American Insurance Company ("Zurich"), pursuant to Fed. R. Civ. P. 26(a)(1)(A), makes the following initial disclosures:

(i) The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.

Upon information and belief, the individuals and entities identified below are likely to have discoverable information that Zurich may use to support its defenses:

| Name | Subjects of Information |
|---|---|
| Henry Chun, can be contacted through counsel for Zurich | Information concerning the underlying claim submitted by plaintiff for coverage under the Zurich policy, notification to Zurich of the underlying claim, communications with plaintiff concerning the underlying claim, the handling of the claim submitted by plaintiffs and the coverage position taken by Zurich with respect to the underlying claim. |
| Melissa Weinberg, can be contacted through counsel for Zurich | Information concerning the underlying claim submitted by plaintiff for coverage under the Zurich policy, notification to Zurich of the underlying claim, communications with plaintiff concerning the underlying claim, the handling of the claim submitted by plaintiffs and the coverage position taken by Zurich with respect to the underlying claim. |

| | |
|---|---|
| Brian Brown, can be contacted through counsel for Zurich | Information concerning the underlying claim submitted by plaintiff for coverage under the Zurich policy, notification to Zurich of the underlying claim, communications with plaintiff concerning the underlying claim, the handling of the claim submitted by plaintiffs and the coverage position taken by Zurich with respect to the underlying claim. |
| Mark Frazier<br>Harvard University<br>1033 Massachusetts Avenue<br>Cambridge, MA 02138 | Information concerning the underlying claim submitted by plaintiff for coverage under the Zurich policy, including without limitation the amounts incurred by plaintiff in connection with that claim, notification to Zurich of the underlying claim, notification to and communications with other insurance companies concerning the underlying claim, communications with Zurich concerning the underlying claim and the coverage position taken by Zurich with respect to the underlying claim, communications with plaintiff's insurance broker regarding: (1) the underlying claim; (2) notification to Zurich of the underlying claim; and (3) Zurich's coverage position. |
| Walter Pizzano<br>Harvard University<br>1033 Massachusetts Avenue<br>Cambridge, MA 02138 | Information concerning the underlying claim submitted by plaintiff for coverage under the Zurich policy, including without limitation the amounts incurred by plaintiff in connection with that claim, notification to Zurich of the underlying claim, notification to and communications with other insurance companies concerning the underlying claim, communications with Zurich concerning the underlying claim and the coverage position taken by Zurich with respect to the underlying claim, communications with plaintiff's insurance broker regarding: (1) the underlying claim; (2) notification to Zurich of the underlying claim; and (3) Zurich's coverage position. |
| Douglas Willis<br>Marsh USA Inc.<br>20 Church Street<br>Hartford, CT 06103 | Information concerning the underlying claim submitted by plaintiff for coverage under the Zurich policy, notification to Zurich of the underlying claim, notification to and communications with other insurance companies concerning the underlying claim, communications with Zurich concerning the underlying claim and the coverage position taken by Zurich with respect to the underlying claim. |
| Jill Berube<br>Marsh USA<br>Boston, MA | Information concerning the underlying claim submitted by plaintiff for coverage under the Zurich policy, notification to Zurich of the underlying claim, notification to and communications with other insurance companies concerning the underlying claim, communications with Zurich concerning the underlying claim and the coverage position taken by Zurich with respect to the underlying claim. |

4860-5748-6099.1

In addition to the individuals listed above, Zurich believes that there may be additional individuals not specifically identified at this time who may also have discoverable information in the defense of this action. Pursuant to Fed. R. Civ. P. 23(e), Zurich reserves the right to supplement this response when appropriate.

    (ii)    A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the disclosing party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

Zurich states that the following documentation is currently in its possession, custody, and control, and may be used to support its claims and defenses: (a) Zurich's claim file in connection with the underlying claims at issue in this action, including but not limited to claim notes, relevant pleadings, correspondence, emails, and other communications concerning the underlying claims; (b) the insurance policy issued by Zurich under which plaintiffs are seeking coverage; and (c) the underlying primary insurance policy to which the Zurich policy is excess. Zurich will produce all non-privileged documents in its claim file.

    (iii)    A computation of any category of damages claimed by the disclosing party, making available for inspection and copying under Rule 34 documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

Not applicable.

    (iv)    Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment may be entered in the action or to indemnify or reimburse for payments to satisfy judgment.

Zurich will produce a copy of the Zurich policy described above.

Zurich reserves the right to supplement these initial disclosures as additional information becomes available during the course of discovery, further investigation or otherwise. Any

3

supplemental disclosures will be provided as soon as reasonably practicable after such information is obtained by Zurich.

Dated: March 11, 2022                                    ROPERS, MAJESKI, PC

                                                                            /s/ *Andrew L. Margulis*
                                                                            Andrew L. Margulis (*Pro Hac Vice*)
                                                                            Andres Avila (*Pro Hac Vice*)
                                                                            Ropers, Majeski, PC
                                                                            750 Third Avenue, Floor 25
                                                                            New York, New York 10017
                                                                            Telephone: (646) 454-3287
                                                                            E-mail: Andrew.Margulis@ropers.com

                                                                            DONOVAN HATEM LLP
                                                                            Paul Muniz (BBO# 564786)
                                                                            53 State Street, 8th Floor
                                                                            Boston, MA 02109
                                                                            pmuniz@donovanhatem.com
                                                                            Tel: 617-406-4610
                                                                            Fax: 617-406-4501

                                                                            *Attorneys for Defendant Zurich American Insurance Company*

5

**CERTIFICATE OF SERVICE**

      I certify that a copy of this document was served on counsel of record by email transmission on March 11, 2022.

                                    /s/ *Andrew L. Margulis*
                                    Andrew L. Margulis

4860-5748-6099.1