# EXHIBIT B



Mr. Walter Pizzano
Director, Risk Strategy and Insurance
Harvard University
1033 Massachusetts Ave
Cambridge, MA  02138
(via email to: walter_pizzano@harvard.edu)

**Zurich North America**
**Specialties Claims**

**Brian Brown**

PO Box 968041
Schaumburg, IL 60196-8041

Telephone 201-209-4627

E-mail: brian.brown@zurichna.com

| | | |
|---|---|---|
| **Re:** | **Named Insured:** | ***Presidents and Fellows of Harvard College*** |
| | **Policy No.:** | ***IPR 3792308-03 (the "Policy")*** |
| | **Matter:** | ***Students for Fair Admissions ("SFFA")*** |
| | **Claim No.:** | ***9410562971*** |

Dear Mr. Pizzano:

I write in response to your letter of March 10, 2021 to Paul Lavelle. I am the Vice President for the Financial Lines Group at Zurich who has overseen this matter.

As you know, by letter dated October 25, 2017, Zurich American Insurance Company ("Zurich") declined coverage under the captioned Policy for the SFFA matter. Harvard objected to Zurich's denial of coverage. In September 2020, Harvard requested, and Zurich agreed to enter into a tolling agreement. That agreement was executed on October 14, 2020.

As a factual matter Harvard did not report the SFFA action to Zurich within the relevant policy period. We understand that the SFFA matter has received widespread media coverage. Your letter seems to assert that because Zurich personnel may have seen media coverage of the SFFA matter prior the end of the reporting period in 2016, Zurich should treat such potential knowledge as if Harvard had timely reported the SFFA matter under the Policy. Unfortunately, media coverage does not obviate the reporting requirements of the Policy.

As a business partner, Zurich stands ready to fulfill its obligations under the Policy. For its part, Harvard needs to submit timely notice of claims when they are made in order to avail itself of the claims made coverage. Harvard did not submit timely notice of the SFFA matter. As an insurer, Zurich must apply its policy language consistently and any failure to do so here would likely prejudice Zurich in other situations with other insureds.

INTERNAL USE ONLY

Z 000042

Mr. Walter Pizzano
Page 2

      We also would prefer not to litigate; however, Zurich cannot ignore the clear language of its policy  As discussed above, media coverage of the SFFA matter does not require or justify a change in Zurich's coverage denial.  If Harvard has any other analysis that supports its claim for coverage under the Policy for the SFFA matter, we ask that you forward it for our consideration.

Very truly yours,
Zurich American Insurance Company

Brian Brown

cc: Jill Berube, Marsh USA
    (via email to: Jill.A.Berube@marsh.com)

INTERNAL USE ONLY

Z 000043

# Brian Brown

| | |
|---|---|
| **From:** | Brian Brown |
| **Sent:** | Friday, May 28, 2021 12:57 PM |
| **To:** | walter_pizzano@harvard.edu |
| **Cc:** | jill.a.berube@marsh.com |
| **Subject:** | Student for Fair Admissions, Inc. v. President and Fellows of Harvard College - Zurich Claim:  9410562971 |
| **Attachments:** | Harvard  .pdf |

Dear Mr. Pizzano:

Attached, please find a letter in response to your correspondence of March 10, 2021.

Thank you,

Brian Brown



BRIAN L. BROWN
*Vice President*
Zurich North America

**Office:** 201-209-4627

zurichna.com

 

1

Z 000044