UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>                        Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>                        Defendant. | Case No. 1:21-cv-11530-ADB |

**DECLARATION OF ETHAN W. MIDDLEBROOKS, ESQ. IN OPPOSITION TO ZURICH'S MOTION FOR SUMMARY JUDGMENT**

I, **ETHAN W. MIDDLEBROOKS, ESQ.**, a member of the Bar of the State of New York, and an attorney admitted pro hac vice to practice in this Court, hereby declare under penalty of perjury as follows:

1. I am an attorney at the law firm Anderson Kill, P.C., counsel to Plaintiff President and Fellows of Harvard College ("Harvard") in the above-referenced action.

2. I respectfully submit this Declaration in Opposition to Zurich American Insurance Company's Motion for Summary Judgment.

3. A true and correct copy of Harvard's Responses to Defendant's First Set of Requests for Admissions, dated August 18, 2022, is attached hereto as Exhibit A.

4. A true and correct copy of the September 30, 2019 Findings of Fact and Conclusions of Law and Judgment in the underlying action *Students for Fair Admissions, Inc. v. President & Fellows of Harvard College (Harvard Corporation)*, No. 14-cv-14176-ADB (the "SFFA Action"), is attached hereto as Exhibit B.

5. A true and correct copy of the decision of the United States Court of Appeals for the First Circuit in the SFFA Action, dated November 12, 2020, is attached hereto as Exhibit C.

6. A true and correct copy of the Petition for Writ of *Certorari* [sic] in the SFFA Action, dated February 25, 2021, is attached hereto as Exhibit D.

7. A true and correct copy of a letter from the U.S. Department of Justice to President and Fellows of Harvard College and the Harvard Board of Overseers, dated September 20, 2017, is attached hereto as Exhibit E.

8. A true and correct copy of an October 27, 2017 letter from Talis Knets at AIG Claims, Inc. to Mark Frazier at Harvard is attached hereto as Exhibit F.

9. A true and correct copy of a November 17, 2017 letter from Douglas Willis at Marsh USA Inc. to Henry Chun at Zurich is attached hereto as Exhibit G.

10. A true and correct copy of an August 30, 2017 letter from Henry Chun at Zurich to Mark Frazier at Harvard is attached hereto as Exhibit H.

11. A true and correct copy of a September 28, 2017 formal notice letter from Marsh USA Inc. to Zurich is attached hereto as Exhibit I.

12. A true and correct copy of letter dated March 10, 2021 from Walter Pizzano at Harvard to Paul Lavelle at Zurich is attached hereto as Exhibit J.

13. Attached hereto as Exhibit K is a true and correct copy of a collection of news articles consisting of the following: Nick Anderson, *Lawsuits allege unlawful racial bias in admissions at Harvard, UNC-Chapel Hill*, THE WASHINGTON POST (Nov. 17, 2014);  Sam Sanders, *New Affirmative Action Cases Say Policies Hurt Asian-Americans*, NPR (Nov. 20, 2014), *available at* https://www.npr.org/sections/codeswitch/2014/11/20/365547463/new-affirmative-action-cases-say-policies-hurt-asian-americans; *Harvard under fire; Affirmative*

2

*Action.*, THE ECONOMIST, at p. 26 (Nov. 29, 2014), *available at* link.gale.com/apps/doc/A391709758/EAIM?u=mlin_b_bpublic&sid=bookmark-EAIM&xid=ca048071; Douglas Belkin, *Harvard Accused of Bias Against Asian-Americans*, WALL STREET JOURNAL (May 15, 2015), *available at* https://www.wsj.com/articles/asian-american-organizations-seek-federal-probe-of-harvard-admission-policies-1431719348; Ellen Rosen, *Asian-American Groups Target Harvard, UNC for Alleged Racial Bias in Admissions*, INSURANCE JOURNAL (May 18, 2015), *available at* https://www.insurancejournal.com/news/national/2015/05/18/368570.htm.

14. True and correct copies of five Deal Memos, produced by Zurich in this litigation bearing Bates numbers Zurich-E-0001175-1203, Zurich-E-0001204-1232, Zurich-E-0001233-1262, Zurich-E-0001263-1289, and Zurich-E-0001292-1320, are attached hereto as Exhibit L. These Deal Memos are marked "Confidential" pursuant to the Stipulated FRE 502(d) and Protective Order (Dkt. 25) entered in this action, and are the subject of a pending Joint Motion To Impound (Dkt. 43). A placeholder is being filed herewith in lieu of the actual exhibit pending resolution of that Joint Motion To Impound.

15. A true and correct copy of a series of emails between Zurich claims handler Henry Chun and underwriter Russell Creighton, dated October 2, 2018, and produced in this litigation bearing Bates number Z001546, is attached hereto as Exhibit M.

16. A true and correct copy of portions of a November 9, 2018 email from Walter Pizzano at Harvard, produced in this litigation bearing Bates number HU0013328, is attached hereto as Exhibit N.

17. A true and correct copy of an August 16, 2018 email from Russell Creighton to Susan Fortin, both at Zurich, and produced in this litigation bearing Bates numbers Zurich-E-

3

0002377-78, is attached hereto as Exhibit O.  This email is marked "Confidential" pursuant to the Stipulated FRE 502(d) and Protective Order (Dkt. 25) entered in this action, and are the subject of a pending Joint Motion To Impound (Dkt. 43).  A placeholder is being filed herewith in lieu of the actual exhibit pending resolution of that Joint Motion To Impound.

18. I declare under penalty of perjury that the foregoing is true and correct.

Executed: September 19, 2022

                                                                    Ethan W. Middlebrooks