# Exhibit E

**U.S. Department of Justice**

Civil Rights Division

*Assistant Attorney General*
*950 Pennsylvania Ave, NW - RFK*
*Washington, DC 20530*

September 20, 2017

President and Fellows of Harvard College
  and the Harvard Board of Overseers
Harvard University
Massachusetts Hall
Cambridge, Massachusetts 02138

    This is to inform you that the United States Department of Justice is commencing an investigation of Harvard University pursuant to Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d *et seq.* Title VI prohibits a recipient of federal financial assistance from discriminating on the basis of race, color, or national origin. 42 U.S.C. § 2000d. As you know, Harvard University currently receives federal financial assistance from the Department of Justice and other federal government sources and accordingly must abide by Title VI's anti-discrimination requirements.

    At this time, our investigation will focus on possible race discrimination in undergraduate admissions at Harvard University. Specifically, we intend to investigate complaints we received that Harvard University is discriminating against Asian Americans in its admissions and similar allegations brought in *Students for Fair Admissions, Inc., v. President and Fellows of Harvard College (Harvard Corporation)*, No. 14cv14176 (D. Mass.).

    In conducting the investigation, we will seek to determine whether Harvard University is violating Title VI. We have not reached any conclusions about the subject matter of the investigation. If we conclude that Harvard University is not violating Title VI, we will notify you that we are closing the investigation. 28 C.F.R. § 42.107. If we conclude that Harvard University is violating Title VI, we will inform you and work with you to secure compliance by informal voluntary means. 28 C.F.R. §§ 42.107 & 42.108. If we cannot secure compliance by voluntary means, we may take formal action to secure compliance, which could include suspending, terminating, or refusing to grant or continue your federal financial assistance, as well as commencing a civil action. 28 C.F.R. § 42.108.

    We expect Harvard University to cooperate fully with this investigation. The Department's Title VI implementing regulations require, among other obligations, that recipients of federal financial assistance permit access by the Department to sources of information and facilities as may be pertinent to ascertain compliance with Title VI and the implementing regulations. 28 C.F.R. §§ 42.106 & 42.108. These Title VI implementing regulations also require that every application for federal financial assistance be accompanied by an assurance that the program will be conducted in compliance with all requirements that Title VI and the

1

implementing regulations impose. 28 C.F.R. § 42.105(a)(1). Pursuant to this requirement, Harvard University signed contractual assurances agreeing to permit the Department to examine records and access other sources of information and facilities.

Pursuant to this authority, we intend to send you a request for information shortly.

If you have any questions about this letter, please contact this office at (202) 616-2788. Thank you in advance for your attention to and cooperation in this investigation.

Sincerely,

John M. Gore
Acting Assistant Attorney General
Civil Rights Division

cc *via* email:  Seth P. Waxman, Wilmer Cutler Pickering Hale and Dorr LLP
Robert W. Iuliano, General Counsel, Harvard University