# Exhibit H



August 30, 2017


**VIA ELECTRONIC MAIL ONLY**

Mr. Mark Frazier
Harvard University
1033 Massachusetts Avenue
Suite 360
Cambridge, MA  02138
mark_frazier@harvard.edu

<div style="float:left">

Zurich
Specialty Claims

Henry Chun
Senior Claims Counsel

P.O. Box 968041
Schaumburg, IL  60196-8041

Telephone  (808) 626-6700
Fax  (866) 255-2962
E-mail:  henry.chun@zurichna.com

</div>

Re:   Insured:      President and Fellows of Harvard College
      Insurer:      Zurich American Insurance Company
      Policy No.:   IPR 3792308 03
      Matter:       Students for Fair Admissions, Inc.
      Claim No.:    9410562971

Dear Mr. Frazier:

On behalf of Zurich American Insurance Company ("Zurich"), this letter
follows up on our prior correspondence to you acknowledging receipt of claim
information regarding the referenced matter, a lawsuit pending in the federal
district court for the District of Massachusetts captioned:

> Students for Fair Admissions, Inc. v. Presidents and Fellows of
> Harvard College (Harvard Corporation), et al., U.S.D.C., D. Mass.,
> Case No. 1:14-v-14176 (filed on or around 11/17/14).

We are directing this letter to you as the authorized representative of President
and Fellows of Harvard College ("Harvard" or the "**Policyholder**") for
insurance matters.  If you are not acting on behalf of Harvard in that capacity,
please forward a copy of this letter to Harvard's authorized insurance
representatives for their information, and forward us the correct contact
information.

A.    The Excess Policy

Zurich issued to Harvard Zurich Excess Select Insurance Policy number IPR
3792308 03 (the "Excess Policy"), effective for the period November 1, 2014

Z 001732

Mr. Mark Frazier
August 30, 2017
Page 2


to November 1, 2015 (the "**Policy Period**").  The Zurich Excess Policy is written on a claims-made basis.

The Excess Policy affords an aggregate Limit of Liability of $15 million excess of any applicable self-insured retention or deductible and $25 million in **Underlying Insurance** coverage provided by the following:

| Insurer | Limit of Liability | Layer |
|---|---|---|
| National Union Fire Insurance Co.<br>Of Pittsburgh, Pa.<br>Policy No. 01-817-25-28 | $25 million | Primary |

The coverage afforded under the Zurich Excess Policy, if any, shall attach only after all the Limits of Liability of the **Underlying Insurance** have been exhausted solely as a result of the actual payment of covered loss(es) or the **Policyholder** and/or any other insurer(s), entity, or individual on behalf of the **Policyholder** has paid up to the full limits of liability for such loss, and satisfied any deductible(s) or retention amount(s) of the **Underlying Insurance** on behalf of the insurer(s) of the **Underlying Insurance**, including coverage provided pursuant to a difference in conditions policy.

Defense costs are part of and not in addition to the Limit of Liability, and the payment by the Underwriter (i.e., Zurich) of defense costs reduces such Limit of Liability.

Except as otherwise stated therein, assuming coverage under the Zurich Excess Policy attaches, coverage under this policy shall then apply in conformance with and subject to the warranties, if permitted, limitations, conditions, provisions, and other terms of the **Followed Policy**, together with the warranties, if permitted, and limitations of any other **Underlying Insurance**. In the event of reduction or exhaustion of all the Limits of Liability of the **Underlying Insurance** solely as a result of the payment of covered loss(es), this policy shall: (1) in the event of reduction, pay excess of the reduced Limit(s) of Liability of the **Underlying Insurance**, or (2) in the event of exhaustion, continue in force as primary or governing insurance excess of the applicable deductible(s) or retention amount(s) in the **Followed Policy**, which deductible(s) or retention(s) shall be applied to any subsequent covered loss as specified in the **Followed Policy**.


2017-08-30.Harvard.SFA.Frazier

Mr. Mark Frazier
August 30, 2017
Page 3


B.      Coverage Issues

We are in receipt of the letter dated August 4, 2015 from Talis Knets of AIG to you setting forth the coverage position of National Union for this matter under National Union policy number 01-817-25-28.  We have reviewed Ms. Knets' letter and considered her comments therein.

While we generally agree with Ms. Knets' comments, we would be remiss if we failed to note that although the complaint in this matter was filed in November 2014, Zurich did not receive notice of it until May 2017.  If notice was submitted previously, please forward the original notice materials to us as soon as possible for our review.  Under the circumstances, however, Zurich must reserve its right to deny coverage for this matter on the ground notice was not timely submitted to Zurich.

C.      Reservation of Rights

Zurich fully reserves all of its rights and defenses under the Zurich Excess Policy, the **Underlying Insurance**, and available at law or in equity with respect to this matter, and recognizes that the **Insureds** similarly reserve their rights.

If there is any additional information of which you believe Zurich should be aware, please do not hesitate to call me.  Thank you.


Very truly yours,

ZURICH AMERICAN INSURANCE COMPANY

By:

Henry Chun
Senior Claims Counsel
Management Solutions Group
Zurich – Specialties Claims


2017-08-30.Harvard.SFA.Frazier

Mr. Mark Frazier
August 30, 2017
Page 4


cc:    (via electronic mail only)

       Mr. Douglas Willis
       Senior Claim Advisor
       Marsh USA Inc.
       20 Church Street
       Hartford, CT  06103
       douglas.j.willis@marsh.com
       Marsh File No.: 14BOST146697

2017-08-30.Harvard.SFA.Frazier

Z 001735