# EXHIBIT K





View this article online: https://www.insurancejournal.com/news/national/2015/05/18/368570.htm

# Asian-American Groups Target Harvard, UNC for Alleged Racial Bias in Admissions

A coalition of more than 60 Asian-American groups filed a federal discrimination action against Harvard University, claiming racial bias in undergraduate admissions. The administrative complaint follows the filing of a lawsuit in federal court against Harvard in November.

The administrative complaint filed Friday with the U.S. Education Department's Office for Civil Rights claims Asian- American students with almost perfect college entrance-exam scores, high grade-point averages, academic awards and leadership positions are more likely to be rejected than similar applicants of other races.

Harvard denies discriminating.

The complaint, also filed with the U.S. Justice Department's Civil Rights Division, reflects longstanding concern among academically high-performing Asian-Americans that they're held to a higher admissions standard at elite U.S. colleges.

While Harvard officials hadn't seen the complaint, Robert Iuliano, the school's general counsel, said in a statement that the college's admissions policies comply fully with the law and are essential to the school's mission.

In November, Students for Fair Admissions Inc., a group which said it represents unidentified college applicants, filed a federal lawsuit in Boston against Harvard's governing board, alleging that the school illegally limited admissions of Asian- Americans. The same group also filed a federal suit against the University of North Carolina at Chapel Hill in November. In its answer filed March 24 in federal court, the university "expressly denied" that it discriminates "in any aspect of UNC-Chapel Hill undergraduate admissions."

Asian-Americans represent 5.6 percent of the U.S. population. At Harvard, Asian-Americans made up 21 percent of the freshman class admitted in March, more than any other group other than whites. In 2006, the percentage was 17.7. Harvard this year accepted 5.3 percent of all applicants, second to Stanford University in its selectivity, the schools said.

Seth Waxman, Paul Wolfson, Debo P. Adegbile and Felicia Ellsworth of Wilmer Cutler Pickering Hale & Dorr LLP are listed on the filings as representing Harvard. According to documents in the UNC case, Michael Scudder of Skadden Arps Slate Meagher & Flom LLP is representing the school, along with the North Carolina's attorney general's office.

The Harvard case is *Students for Fair Admissions Inc. v. President and Fellows of Harvard College, 1:14-cv-14176-ADB, District of Massachusetts (Boston)*. The UNC case is *Students For Fair Admissions Inc. v. University of North Carolina, 1:14- cv-00954, U.S. District Court, Middle District of North Carolina (Greensboro)*.

**More from Insurance Journal**

Today's Insurance Headlines | Most Popular | National News

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

http://www.wsj.com/articles/asian-american-organizations-seek-federal-probe-of-harvard-admission-policies-1431719348

U.S.EDUCATION

# Harvard Accused of Bias Against Asian-Americans

Complaint alleges university sets higher bar for applicants to limit Asian enrollment



By Douglas Belkin  [Follow]

Updated May 15, 2015 9:26 pm ET

A complaint Friday alleged that Harvard University discriminates against Asian-American applicants by setting a higher bar for admissions than that faced by other groups.

The complaint, filed by a coalition of 64 organizations, says the university has set quotas to keep the numbers of Asian-American students significantly lower than the quality of their applications merits. It cites third-party academic research on the SAT exam showing that Asian-Americans have to score on average about 140 points higher than white students, 270 points higher than Hispanic students and 450 points higher than African-American students to equal their chances of gaining admission to Harvard. The exam is scored on a 2400-point scale.

The complaint was filed with the U.S. Education Department's Office for Civil Rights.

"Many studies have indicated that Harvard University has been engaged in systemic and continuous discrimination against Asian-Americans during its very subjective 'Holistic' college admissions process," the complaint alleges.

The coalition is seeking a federal investigation and is requesting Harvard "immediately cease and desist from using stereotypes, racial biases and other discriminatory means in evaluating Asian-American applicants."

Robert Iuliano, Harvard's general counsel, said the school's admissions policies are "fully compliant with the law." The school says its admissions process takes into account a variety of factors besides academics, including applicants' extracurricular activities and leadership qualities.

"Within its holistic admissions process, and as part of its effort to build a diverse class, Harvard College has demonstrated a strong record of recruiting and admitting Asian American students," Mr. Iuliano said in a statement. He said the percentage of Asian-American students admitted to the undergraduate school rose to 21% from less than 18% in the past decade.

But the group that filed the complaint said that percentage should be much higher given the increasing numbers of Asian-American students that apply.

"There is a lot of discrimination, and it hurts not just Asian-Americans, it hurts the whole country," said Yukong Zhao, a 52-year-old Chinese-American author who helped organize the coalition. He said there are

longtime stereotypes of Asian applicants' being "not creative enough or risk-taking enough, but that's not true. Nearly half of the tech start-ups in the country were started by Asian-Americans. Every one is a great example of creativity, and risk-taking and leadership."

The complaint argues that elite schools "that use race-neutral admissions" have far higher Asian-American enrollment than Harvard. At California Institute of Technology, for instance, about 40% of undergraduates are Asian-American, about twice that at Harvard.

The allegations come six months after a group called Students for Fair Admissions argued in a federal lawsuit that Harvard uses preferences to reach specific racial balance on its campuses.

Thomas Espenshade, a Princeton University sociologist who has done work on race in college admissions, said the complaint was the result of long-simmering anger in the Asian-American community.

"Up until five or 10 years ago the response has been, 'Well we just have to work harder,' " Mr. Espenshade said. "But over the last decade, more groups are starting to mobilize, saying we don't have to just accept his, we can push back against it."

**Write to** Douglas Belkin at doug.belkin@wsj.com

# Harvard under fire; Affirmative action

**Date:** Nov. 29, 2014
**From:** The Economist(Vol. 413, Issue 8915)
**Publisher:** Economist Intelligence Unit N.A. Incorporated
**Document Type:** Article
**Length:** 603 words
**Lexile Measure:** 1320L

Full Text:

How many more like him?

Does the university impose silent quotas against Asian-Americans?

IN 1978 the Supreme Court, in the Bakke case, struck down racial quotas in higher education. Summing up, Justice Lewis Powell called the undergraduate admissions policy at Harvard an "illuminating example" of a better approach. The elite Ivy League institution did not reserve a specific number of places for poor minority candidates. Instead, it considered race as one of several "plus" factors in a student's file. Thirty-six years later, Harvard's method of reviewing candidates is being challenged in a federal district court in Boston. The plaintiffs claim its admissions policy is a quota system in disguise that discriminates against Asian-Americans.

This is the latest legal challenge to affirmative action--and the first to target a private university--hatched by Edward Blum, an activist bent on dismantling Bakke. Among other campaigns, Mr Blum's organisation, the Project on Fair Representation, recruits students who believe they have been unfairly rejected from universities that use racial preferences.

In 2008 he helped launch the case of Abigail Fisher, a white woman with a high B+ average who was rejected by the University of Texas at Austin. Ms Fisher lost. After the Supreme Court ordered the Fifth Circuit Court of Appeals to reconsider her case in 2013, Ms Fisher lost again last summer and is petitioning the justices for yet another hearing. In the meantime, Mr Blum is taking a bolder tack by confronting the very university the Supreme Court has cited as a model of permissible affirmative action.

The complaint against Harvard comes from Students for Fair Admissions (SFFA), a new vehicle for Mr Blum's campaign. The SFFA has an impressive poster-child: an unnamed offspring of Chinese immigrants with perfect scores on three college admissions tests who graduated first in his (or her) class at a competitive high school, captained the tennis team and volunteered as a "fundraiser for National Public Radio". The student was rejected by Harvard, the complaint alleges, because the university seeks to limit the number of Asian-Americans on campus.

This may be hard to prove. Harvard rejects thousands of students with perfect SAT scores every year. The complaint makes much of quotas against Jewish students at Harvard from the 1920s to the 1950s, but draws no direct link to discrimination against Asian-Americans now. And a table in the SFFA's own brief shows that between 2007 and 2013 Asian-American enrolment at Harvard went from 15% to 18%, an increase of a fifth that may be hard to reconcile with charges of a silent quota.

Mr Blum maintains, however, that Harvard's admissions policy is "a figleaf to hide, dissemble and obfuscate racial balancing and quotas". Although Asian-Americans made up over 27% of the applicant pool at the three most selective Ivy League colleges from 2008 to 2012, they comprised only 17-20%

Case 1:21-cv-11530-ADB Document 45-11 Filed 09/19/22 Page 7 of 14

of the students admitted. This, the SFFA contends, constitutes "intentional discrimination" in violation of Title VI of the Civil Rights Act of 1964.

Mr Blum has high hopes for this legal battle. "If the case goes to the Supreme Court, he says, "we will argue that the use of race in college admissions must end." The Harvard case may not get that far. Richard Primus, a law professor at the University of Michigan, regards the complaint as "a garden-variety intentional-discrimination case" that "breaks no new legal ground" and is an unlikely candidate for Supreme Court review. Yet if the plaintiffs manage to prove that Harvard sets "a cap on the number of Asians who get in", Mr Primus says, the university will lose and "admissions at elite colleges will probably change in substantial ways."

**Copyright:** COPYRIGHT 2014 Economist Intelligence Unit N.A. Incorporated
http://store.eiu.com/
**Source Citation** (MLA 9th Edition)
"Harvard under fire; Affirmative action." *The Economist*, vol. 413, no. 8915, 29 Nov. 2014, p. 26(US). *Gale Academic OneFile Select*, link.gale.com/apps/doc/A391709758/EAIM?u=mlin_b_bpublic&sid=bookmark-EAIM&xid=ca048071. Accessed 19 Sept. 2022.

**Gale Document Number:** GALE|A391709758

The Washington Post

**Education**  Valerie Strauss   Jay Mathews

Education

# Lawsuits allege unlawful racial bias in admissions at Harvard, UNC-Chapel Hill

By Nick Anderson
November 17, 2014

A prominent opponent of racial preferences in college admissions announced Monday two lawsuits alleging unlawful bias in admission policies at Harvard University and the University of North Carolina at Chapel Hill.

Edward Blum, director of the Project on Fair Representation, which backed the plaintiff in a recent affirmative action case in Texas that reached the U.S. Supreme Court, said the new suits were filed in federal courts in Boston and Greensboro, N.C.

Blum said the plaintiff in both new cases is a group he leads called Students for Fair Admissions. Among the group's members, he said, are two 18-year-old men: an Asian American student denied admission to Harvard, and a white student turned down by UNC-Chapel Hill.

Blum alleged that Harvard's admission process discriminates against Asian Americans, and that UNC-Chapel Hill failed to give adequate consideration to race-neutral admissions.

"These two lawsuits are the first of what are expected to be several similar challenges to other competitive colleges that continue to unconstitutionally use racial preferences in admission decisions," he said.

The Supreme Court in 2013 sent the University of Texas's admission policy — which uses race as one of many factors in assembling a class — back to lower courts, telling them to evaluate it with the most rigorous scrutiny that applies to government policies that consider race.

Judges have since upheld the system even under those standards, and Blum has said he will ask the high court to consider *Fisher v. University of Texas* once again.

Harvard and UNC-Chapel Hill defended their policies.

Robert Iuliano, Harvard's general counsel, said the university's admission plan was cited as legally sound in a landmark Supreme Court ruling on affirmative action in the 1970s. He said Harvard — like many other colleges — uses an "individualized, holistic review" of applicants to create each class.

"The university's admissions processes remain fully compliant with all legal requirements and are essential to the pedagogical objectives that underlie Harvard's educational mission," Iuliano said in a statement.

Rick White, associate vice chancellor for communications and public affairs at UNC-Chapel Hill, said in a statement that the university stands by its current undergraduate admissions policy and process.

"Further, the U.S. Department of Education's Office for Civil Rights determined in 2012 that UNC-Chapel Hill's use of race in the admissions process is consistent with federal law," White said.

*Robert Barnes contributed to this report.*

💬 **Comments**

**Nick Anderson**
Nick Anderson covers higher education and other education topics for The Washington Post. He has been a writer and editor at The Post since 2005.  Follow 🐦

HOURLY NEWS
LISTEN LIVE
PLAYLIST

WNYC Radio
On Air Now

  

DONATE

# CODE SW!TCH

**SUBSCRIBE TO CODE SWITCH**

# New Affirmative Action Cases Say Policies Hurt Asian-Americans

November 20, 2014 · 6:28 PM ET
Heard on All Things Considered

**SAM SANDERS**

3-Minute Listen          PLAYLIST          Download
                                          Transcript



Edward Blum announces the filing of two lawsuits on Monday, challenging the alleged racial preference admissions policies of Harvard and the University of North Carolina-Chapel Hill.
*Manuel Balce Ceneta/AP*

If you go to HarvardNotFair.org, you'll find yourself on a page that says this: Were You Denied Admission to Harvard? It may be because you're the wrong race.

UNCnotfair.org says the same thing about the University of North Carolina at Chapel Hill. And there's a third one called uwnotfair.org, for the University of Wisconsin-Madison. All three of these websites prominently feature Asian-Americans on their pages, looking either deep in thought, or a little sad — two have their heads resting pensively on their chins.

And these websites all seek people who think they were wrongly denied from those universities.

The sites are the brainchildren of Edward Blum and his advocacy group, The Project for Fair Representation. Blum previously backed *Fisher v. Texas*, an affirmative action case that was brought before the Supreme Court in 2012. In that case, Abigail Fisher, a white woman, claimed she was denied admission to the school, while lesser-qualified blacks and Latinos got in because of affirmative action. (The Supreme Court sent the case back to a lower court for further review, and it's still making its way through the appeals process.)

**Sponsor Message**



Blum's three sites preceded two new lawsuits this week, one against UNC and another against Harvard. This time, the cases are more forcefully making the argument that affirmative action policies don't just hurt whites; they also hurt Asian-Americans, maybe even more so.

"We allege that Harvard has a hard, fast quota limiting the number of Asians it will admit," Blum told NPR. "In addition to that, Harvard has a racial balancing policy that balances the percentages of African-Americans, Hispanics, Whites and Asians."

The Harvard case has an Asian-American plaintiff, and the UNC case has a white one. Both claim Asian-Americans and whites are hurt by current admissions policies. But the UNC argument is a little different than the Harvard one.

"At the heart of the UNC case is an admission by the UNC officials that, in fact, they could provide increased racial and ethnic diversity if they admitted students in the top 10 percent of every high school in North Carolina," says Richard Kahlenberg, a senior fellow at the Century Foundation. (He serves as a paid consultant for the plaintiffs.) Kahlenberg says UNC didn't want to implement that plan because they worried about a possible drop in their school rankings. "Their concern was this would involve a drop in the average SAT scores of North Carolina by 56 points," Kahlenberg says.

Kahlenberg describes himself as a liberal and thinks schools should try to achieve racial diversity – but he believes current policies in place do it the wrong way. "It's one thing if an affirmative action program discriminates against whites, who have had lots of advantages in American history," Kahlenberg says. "It's a very different thing to allege that affirmative action is discriminating against Asian-Americans, a minority group that has been subject to official and private discrimination throughout American history."

In statements, both UNC and Harvard say their admissions policies are legal. Harvard says they look at the whole student and UNC claims that diversity benefits their entire student body.

Cecilia Polanco is the head of UNC's Hispanic Association, and says the case paints the wrong image of her race. "I'm not lesser-qualified. I work just as hard as everyone else to get here, to be here, to stay here and to graduate from here." And UNC's Asian Students Association issued its own statement denouncing the case against UNC. One line read, "To paint the picture that Asians are being denied admission into UNC due to racial discrimination is to use our community as a shield to promote an already privileged position."

Jasmin Huang, the president of the UNC student group told NPR that the case draws on stereotypes of Asian-Americans. "It kind of perpetuates this model minority myth that all students of Asian descent are high-achieving and come from affluent families when that really isn't true."

Jennifer Lee, a sociologist at the University of California, Irvine says affirmative action policies can in fact help some Asian-Americans, which are a very diverse group. "You have Cambodians, Laotians, and Hmong Americans who have higher high school dropout rates than African-Americans and Latino Americans," Lee says. "So, when we think about race-conscious admissions and whether they would help Asian-Americans, we have to really think about who Asian-Americans are as a community."

A recent poll of Asian-American adults in California found that about 70 percent of them supported "affirmative action programs designed to help blacks, women and other minorities get better jobs and education."

But there's inconclusive nationwide data on Asian sentiment about affirmative action, and a lot of times, the percentage of support changes depending on how questions about affirmative action are worded. And even in California, polling might not tell the entire story. Recently, a push to bring affirmative action back into California public universities was squashed after some groups in the state – including Chinese-American groups – strongly opposed the measure.

But Lee says Blum's new case won't gain traction in the Asian-American community: "I think what he's done is galvanized a number of us to speak out in favor of affirmative action."

As far as the chances of success for these two new cases, Steven Rich of the University of Southern California Law School, says they'll both have an uphill battle, especially the case against Harvard.

"I think it's hard to imagine the Supreme Court in particular striking down the Harvard policy," Rich says. "Because it has for so long invested in what it's called 'The Harvard plan,' as a model of constitutionality or as a model of individualized consideration or holistic review."

As for UNC? Rich says Edward Blum and his team will have an uphill battle with that case, too. Though he says winning it is "difficult, but not impossible."

Edward Blum, for his part, is perseverant. Earlier this month, another court refused to hear an appeal on *Fisher v. Texas*, his other affirmative action case. In a statement, Blum said he'll appeal again, all the way to the Supreme Court.

### Subscribe to the Code Switch Podcast

NPR ONE    APPLE PODCASTS    SPOTIFY

GOOGLE PODCASTS    RSS



# More Stories From NPR