# Exhibit M

# Henry Chun

| | |
|---|---|
| **From:** | Russell Creighton |
| **Sent:** | Tuesday, October 02, 2018 4:56 AM |
| **To:** | Henry Chun |
| **Subject:** | RE: Harvard - 2015 docs |

Henry
Re: litigation summaries, after writing the account starting in 2011 we would rely on internal loss runs and internal dialogue with claims handlers to assess any open matters.

Re: underwriting docs, we were informed by Marsh that the primary was not requiring a formal submission for the 2016 and 2017 policies.

Thanks
Russ



Russell Creighton
*Multi-Line Underwriter*
Strategic Risk Solutions Group
Zurich North America
150 Greenwich Street
New York, NY  10007

**Office:** 212-553-5533
**Mobile:** 732-859=0411

zurichna.com


---

**From:** Henry Chun
**Sent:** Tuesday, October 02, 2018 9:45 AM
**To:** Russell Creighton
**Subject:** RE: Harvard - 2015 docs

Russell:

Thank again for sending me the materials.  I really appreciate the help.

There are still a couple of things I think I need.  First, the deal memos referred to litigation summaries.  Can you send me copies of those?  Also, I'm anticipating that I will be asked where the 2016 and 2017 underwriting docs are, so if you could send me what you have for those years that would be great.

I'm sorry to pressure you on this but I've been told that there is an internal meeting with the new Chief Claims Officer tomorrow morning so can you send me these materials by COB today?  Thanks, Russell.  Hopefully, with these materials that will be all we need from you.  I'm around if you want to discuss.  Thanks.

Henry

---

**From:** Russell Creighton
**Sent:** Monday, October 01, 2018 7:27 AM

Z 001546