# Exhibit N

# RE: Status of 2018 Management Liability policy renewal

**From:**   "Monaghan, Michael" <michael_monaghan@harvard.edu>
**To:**      "Pizzano, Walter" <walter_pizzano@harvard.edu>
**Date:**    Sat, 10 Nov 2018 05:47:44 -0500

Thanks, Walter. Good to see that we have potential alternatives to Zurich. Does the costing below reflect the need to backfill the $5M deficit left by AIG's reduction in coverage?

I am struck by the size of the increase proposed by AIG. Have we / are we pushing back? My napkin calculations show that the proposed reduction in limits represents a 28.6% increase in premium based on the cost per dollar of insurance in 17/18 (8.04 cents) to the proposal for 18/19 (10.34 cents). It seems like they have us over a barrel. Is that right?

Are you confident that Marsh has done enough in its negotiation with AIG or, indeed, has it exhausted options to replace them? I know that we are in a delicate situation with AIG but their proposal seems very punitive and not reflective of our cumulative relationship. Were different options presented by AIG and countered by Marsh?

My overarching concern is that we are being held captive by AIG. Perhaps another captive (excuse the pun) would free us!

We can talk more on Monday.

Best,
Michael

**From:** Pizzano, Walter
**Sent:** Friday, November 09, 2018 3:49 PM
**To:** Monaghan, Michael <michael_monaghan@harvard.edu>
**Subject:** Status of 2018 Management Liability policy renewal

As expected, the ongoing students for fair admission matter is having an impact on the willingness of our insurers, beyond just AIG, to offer highly desirable terms and conditions. Marsh has been executing the contingency plan developed last month in anticipation of such a situation. [While the standing program expiration date was Nov 01, landing mid-trial, we requested and were able to obtain an extension of the policy until Nov 14 to provide some additional time to solicit alternatives]

Though facing the biggest impact from the litigation, AIG has offered reasonable terms on their coverage layer with the only deviation being a reduction in the layer limits to $20 million from the current $25 million (premium charge to remain same as expiring). Zurich, seeing themselves increasingly at-risk for having to contribute to the trial defense costs, being situated in the layer just above AIG, has replied with the largest premium increase - $100,000 over the expiring $351,500. Additionally, they are seeking to reduce or eliminate coverage in the future for knock-on type litigation related to Harvard's admissions practices. Marsh is pushing back on both changes, especially the new coverage limitations; we await Zurich's "modified" proposal.

HU0013328