UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE,

                          Plaintiff,          Case No. 1:21-cv-11530-ADB

        v.

ZURICH AMERICAN
INSURANCE COMPANY,

                          Defendant.

**AFFIDAVIT OF MARK FRAZIER IN OPPOSITION TO
ZURICH'S MOTION FOR SUMMARY JUDGMENT**

I, **MARK FRAZIER**, hereby declare under penalty of perjury as follows:

1.      I am the Manager of Claims and Loss Prevention at Plaintiff President and

Fellows of Harvard College ("Harvard").  In that capacity, I am personally familiar with the facts

set forth below.

2.      I respectfully submit this Declaration in Opposition to Zurich American Insurance

Company's Motion for Summary Judgment.

3.      Zurich sold Harvard an Excess Select Insurance Policy, Policy Number IPR

379230803, with the policy period of November 1, 2014 to November 1, 2015 (the "Zurich

Policy").

4.      The Zurich Policy is a follow form insurance policy excess to the Educational

Institution Risk Protected liability insurance policy that National Union Fire Insurance Company

of Pittsburgh, PA ("AIG") sold to Harvard (the "AIG Policy").

docs-100520698.2

5.      The Zurich Policy has a $15 million limit of liability excess of an underlying $27.5 million, which consists of a $2.5 million self-insured retention and the $25 million limit of liability of the AIG Policy.

6.      AIG has sold Harvard such primary-layer insurance policies for more than a decade.  From 2012 until 2018, Zurich sold Harvard first-layer excess insurance policies.

7.      Harvard provided formal notice to AIG of the underlying litigation captioned *Students for Fair Admissions, Inc. v. President and Fellows of Harvard College (Harvard Corporation)*, No. 1:14-cv-14176-ADB (the "SFFA Action") on November 19, 2014.

8.      AIG agreed to cover Harvard's defense against the SFFA Action.

9.      The premiums charged from 2012 to 2018 by AIG for the AIG Policy and by Zurich for the Zurich Policy were as follows:

| Policy Year | AIG Premium | Zurich Premium |
| --- | --- | --- |
| 11/1/2012 | $1,611,652 | $362,970 |
| 11/1/2013 | $1,642,866 | $370,000 |
| 11/1/2014 | $1,677,866 | $370,000 |
| 11/1/2015 | $1,677,866 | $370,000 |
| 11/1/2016 | $1,677,866 | $351,500 |
| 11/1/2017 | $1,809,858 | $351,500 |

10.     In or around November 2016, the defense costs incurred for the SFFA Action were well below the attachment point of the Zurich Policy.

11.     By the time of the November 2018 renewal, AIG had paid out approximately $9.5 million in defense of the SFFA Action.

12.     I declare under penalty of perjury that the foregoing is true and correct.

Executed:        September 19, 2022
                 Cambridge, Massachusetts

                                              Mark Frazier

Sreelakshmi Pothanaboyin
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES
September 22, 2028

docs 100520605