UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>                    Plaintiff,<br><br>     v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>                    Defendant. | Civil Action No. 21-CV-11530-ADB |

**PLAINTIFF PRESIDENT AND FELLOWS OF HARVARD COLLEGE'S ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF HARVARD'S MOTION TO COMPEL AND ITS MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56(d)**

Pursuant to Local Rule 7.1(b)(3), Plaintiff President and Fellows of Harvard College ("Harvard") respectfully moves for leave to file a reply memorandum in further support of Harvard's Motion To Compel and its Motion Pursuant to Federal Rule of Civil Procedure 56(d). As grounds for such relief, Harvard states as follows:

    1.    Defendant Zurich American Insurance Company ("Zurich") filed a motion for summary judgment on August 17, 2022 (Dkt. Nos. 28-30).

    2.    On August 23, 2022, Harvard filed its motion to compel and motion pursuant to Federal Rule 56(d) (Dkt. Nos. 31-36).

    3.    On September 14, 2022, Zurich made a supplemental document production containing certain email files of two custodians, Henry Chun and Susan Fortin.

    4.    On September 16, 2022, Zurich filed its response to Harvard's motion to compel and motion pursuant to Federal Rule 56(d) (Dkt. Nos. 39-42). In its responses, Zurich raises

arguments concerning relevance of the discovery Harvard seeks, and regarding Zurich's search for and production of emails and underwriting materials. Harvard's proposed reply – less than five full pages in length, and jointly addressing both of Harvard's pending motions in a single brief – seeks to respond succinctly to those issues. Harvard respectfully submits that the proposed reply will assist the Court in resolving important discovery matters that will directly bear on future dispositive motions.

5. Zurich has assented to Harvard's request to seek leave to file this proposed reply memorandum of law on the condition that the reply is no longer than ten pages.

6. For the foregoing reasons, Harvard respectfully requests that the Court grant it leave to file the attached Reply Memorandum, together with such other relief as the Court deems just and proper.

Dated: September 27, 2022

**ANDERSON KILL P.C.**

By: /s/ Marshall Gilinsky
Marshall Gilinsky, Esq. (BBO # 569181)
Ethan W. Middlebrooks, Esq. (*Pro Hac Vice*)
Jade W. Sobh, Esq. (*Pro Hac Vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 278-1000
               (617) 221-5445
E-mail: mgilinsky@andersonkill.com
E-mail: emiddlebrooks@andersonkill.com
E-mail: jsobh@andersonkill.com

*Attorneys for Plaintiff President and Fellows of Harvard College*