UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>        Plaintiff,<br><br>  v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>        Defendant. | Case No: 21-cv-11530-ADB |

## ASSENTED-TO MOTION FOR MODIFICATION OF SCHEDULING ORDER

  Plaintiff President and Fellows of Harvard College ("Harvard") and Defendant Zurich American Insurance Company ("Zurich"), through their respective attorneys of record, respectfully move pursuant to Federal Rule of Civil Procedure 16(b)(4) to suspend (but not stay) the currently remaining dates in the Schedule Order (Dkt. # 22) until such time that the Court rules on the parties' pending motions (that is, Zurich's motion for summary judgment (Dkt. # 28) and motion for protective order (Dkt. # 26), and Harvard's motion to compel (Dkt. # 31) and motion pursuant to Rule 56(d) (Dkt. # 34)).

  The Parties agree that they will not serve additional discovery requests on each other during such time as the deadlines are suspended. However, this suspension is not intended to free the parties from continuing obligations regarding responses to discovery requests that already have been served.

The Parties further propose that within ten (10) calendar days following the Court's ruling on those pending motions they confer and submit to the Court a new jointly proposed schedule for remaining deadlines in this matter.

The Parties believe this proposed modification will permit the most efficient use of resources during the pendency of the motions, which include a dispositive motion and motions concerning the scope of discovery.

The deadlines that would be affected by this request to modify are the following:

| Task | Current Deadline |
|---|---|
| Fact Discovery Completion | October 28, 2022 |
| Expert Disclosures Due | November 15, 2022 |
| Dispositive Motions Due | February 1, 2023 |
| Oppositions to Dispositive Motions Due | March 20, 2023 |
| Replies to Dispositive Motions Due | March 31, 2023 |

The Parties' request would also suspend the post-fact discovery Status Conference set for November 3, 2022, at 9:15 AM.

This is the Parties' first request for modification of the Scheduling Order.

Dated: September 27, 2022

Respectfully submitted,

| | |
|---|---|
| Counsel for President and Fellows of Harvard College | Counsel for Zurich American Insurance Company |
| /s/ Marshall N. Gilinsky | /s/ Andrew L. Margulis |
| **ANDERSON KILL P.C.** | **ROPERS MAJESKI, PC** |
| Marshall N. Gilinsky, BBO #569181 | Andrew L. Margulis, Pro Hac Vice |
| Ethan W. Middlebrooks, Pro Hac Vice | Andres Avila, Pro Hac Vice |
| Jade Sobh, Pro Hac Vice | 750 Third Avenue, 25th Floor |
| 1251 Avenue of the Americas | New York, NY 10017 |
| New York, NY 10020 | Tel: (212) 688-5927 |

Tel: (212) 278-1000
Fax: (212) 278-1733
mgilinsky@andersonkill.com
emiddlebrooks@andersonkill.com
jsobh@andersonkill.com

Fax: (212) 668-5929
andrew.margulis@ropers.com
andres.avila@ropers.com

**DONOVAN HATEM LLP**
Paul Muniz, BBO # 564786
53 State Street, 8th Floor
Boston, MA 02109
Tel: (617) 406-4610
Fax: (617) 406-4501
pmuniz@donovanhatem.com

docs-100519548.2