**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>President and Fellows of Harvard College</u>
       Plaintiffs

    V.

<u>Zurich American Insurance Company</u>
       Defendant

CIVIL ACTION

NO. <u>1:21-cv-11530-ADB</u>

## **<u>ORDER OF DISMISSAL</u>**

<u>Burroughs, D. J.</u>

    In accordance with the Court's Memorandum and Order dated November 2, 2022 it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

11/2/2022                                        /s/ Caetlin McManus
    Date                                               Deputy Clerk