UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>    Defendant. | Case No: 1:21-cv-11530-ADB<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that President and Fellows of Harvard College ("Harvard"), the Plaintiff in the above-captioned matter, hereby appeals to the United States Court of Appeals for the First Circuit from the Memorandum and Order granting Defendant Zurich American Insurance Company's motion for summary judgment, entered on November 2, 2022 (Dkt. #55), the Electronic Order denying Harvard's discovery-related motions, entered on November 2, 2022 (Dkt. #58) and the Order of Dismissal entered on November 2, 2022 (Dkt. #57).

Dated: November 29, 2022

Respectfully submitted,

**ANDERSON KILL P.C.**

By: /s/ Marshall Gilinsky
Marshall Gilinsky, Esq. (BBO # 569181)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 278-1000
             (617) 221-5445
E-mail: mgilinsky@andersonkill.com
*Attorneys for Plaintiff President and Fellows of Harvard College*

## **CERTIFICATE OF SERVICE**

      I hereby certify that copies of the foregoing Notice of Appeal were served on all counsel of record by filing the document with the Court's ECF system on November 29, 2022, by operation of which all counsel were served electronically.

                                                      _/s/ Marshall Gilinsky_
                                                      Marshall Gilinsky