UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: President and Fellows of Harvard College v. Zurich American Insurance Company

District Court Number: 21cv11530-ADB

Fee: Paid? Yes __X__ No ____  Government filer ____  *In Forma Pauperis* Yes ____ No ____

Motions Pending   Yes ____ No __X__          Sealed documents    Yes __X__ No ____
If yes, document # _____           If yes, document #   28,45

*Ex parte* documents  Yes ____ No __X__      Transcripts         Yes ____ No __X__
If yes, document # _____           If yes, document #   _____

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:

#55 Memorandum and Order, #57 Order of Dismissal, #58 Electronic Order

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#55, #57, #58, and #59

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __59__ filed on November 29, 2022.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 30, 2022.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**