# United States Court of Appeals
## For the First Circuit

No. 22-1938

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Plaintiff - Appellant,

v.

ZURICH AMERICAN INSURANCE COMPANY,

Defendant - Appellee.

**MANDATE**

Entered: August 31, 2023

    In accordance with the judgment of August 9, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Kristopher N. Austin
Marshall N. Gilinsky
Andrew Margulis
Ethan W. Middlebrooks
Paul T. Muniz
Creighton Page
Martin C. Pentz
Jade W. Sobh